# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| North Carolina Democratic Party | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:24-cv-699 |
| North Carolina State Board of Elections et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff North Carolina Democratic Party.

Date: 12/06/2024

/s/ Shana Fulton
*Attorney's signature*

Shana Fulton, N.C. Bar No. 27836
*Printed name and bar number*

150 Fayetteville Street
Suite 1700
Raleigh, NC 27601

*Address*

sfulton@brookspierce.com
*E-mail address*

(919) 882-2522
*Telephone number*

(336) 232-9172
*FAX number*