# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| North Carolina Democratic Party | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:24-cv-699 |
| North Carolina State Board of Elections et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff North Carolina Democratic Party                                                                                 .

Date:      12/06/2024

/s/ James W. Whalen
*Attorney's signature*

James W. Whalen, N.C. Bar No. 58477
*Printed name and bar number*
150 Fayetteville Street
Suite 1700
Raleigh, NC 27601

*Address*

jwhalen@brookspierce.com
*E-mail address*

(919) 882-2523
*Telephone number*

(336) 232-9215
*FAX number*