IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:24-cv-699

North Carolina Democratic Party )
)
      Plaintiff(s), )
v. )
North Carolina State Board of Elections, et al. )
)
      Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

__North Carolina Democratic Party__ who is __Plaintiff__,
(name of party/intervenor)     (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ◯      NO ⦿

2. Does the party/intervenor have any parent corporations?

   YES ◯      NO ⦿

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ◯      NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ☐   NO ☒

5. Is the party/intervenor a trade association?

   YES ☐   NO ☒

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

   _____        _____
   (Name of individual/entity)                          (State of citizenship)

   _____        _____
   (Name of individual/entity)                          (State of citizenship)

   _____        _____
   (Name of individual/entity)                          (State of citizenship)

   _____        _____
   (Name of individual/entity)                          (State of citizenship)

   _____        _____
   (Name of individual/entity)                          (State of citizenship)

   _____        _____
   (Name of individual/entity)                          (State of citizenship)

   If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

   Signature: /s/ Shana Fulton

   Date: 12/06/2024

2