UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-699

| | |
|---|---|
| North Carolina Democratic Party,<br><br>                Plaintiff,<br><br>     v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>                Defendants. | **NOTICE OF RELATED CASE** |

      The North Carolina Democratic Party,[1] pursuant to Local Rule 40.3(b), hereby notifies the Court that the following case is related to this one:

      1. *Republican National Committee, et al. v. North Carolina State Board of Elections, et al.,* No. 5:24-cv-00547 (filed September 23, 2024).

      The defendants in both cases are the same, and both cases will require the Court to interpret the voter-registration and list-maintenance processes set forth in the Help America

---

[1] The North Carolina Democratic Party files in this matter, rather than the first filed case, because it is not a party to the first filed case. However, for the reasons discussed below, the cases should be treated as related.

Vote Act (HAVA), 52 U.S.C. §§ 20901-21145, and the National Voter Registration Act, 52 U.S.C. §§ 20501-20511, and the First and Fourteenth Amendments to the United States Constitution, respectively. Thus, the cases concern substantially the same parties, transactions, or events and call for a determination of the same or substantially related or similar questions of law and fact. *See* Local Rule 40.3(a)(1)-(2). Additionally, litigating the two cases before different judges would likely be unduly burdensome and duplicative and risk conflicting results. *See id.* 40.3(3).

December 6, 2024

Respectfully submitted,

/s/ Shana L. Fulton

| | |
|---|---|
| SETH P. WAXMAN[*] | SHANA L. FULTON |
| DANIEL S. VOLCHOK[*] | N.C. Bar No. 27836 |
| CHRISTOPHER E. BABBITT[*] | WILLIAM A. ROBERTSON |
| JANE E. KESSNER[*] | N.C. Bar No. 53589 |
| NITISHA BARONIA[*] | JAMES W. WHALEN |
| ANNIE HIMES[*] | N.C. Bar No. 58477 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP |
| 2100 Pennsylvania Avenue N.W. | 150 Fayetteville Street |
| Washington, D.C. 20037 | 1700 Wells Fargo Capitol Center |
| Phone: (202) 663-6000 | Raleigh, N.C. 27601 |
| Fax: (202) 663-6363 | Phone: (919) 839-0300 |
| seth.waxman@wilmerhale.com | Fax: (919) 839-0304 |
| daniel.volchok@wilmerhale.com | sfulton@brookspierce.com |
| christopher.babbitt@wilmerhale.com | wrobertson@brookspierce.com |
| jane.kessner@wilmerhale.com | jwhalen@brookspierce.com |
| annie.himes@wilmerhale.com | |

[*] Local Rule 83.1(d) special appearance forthcoming