# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| North Carolina Democratic Party | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 5:24-CV-699 |
| North Carolina State Board of Elections et al | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff North Carolina Democratic Party                          .

Date:    12/06/2024

/s/ William A. Robertson
*Attorney's signature*

William A. Robertson, N.C. Bar No. 53589
*Printed name and bar number*
150 Fayetteville Street
Suite 1700
Raleigh, NC 27601

*Address*

wrobertson@brookspierce.com
*E-mail address*

(919) 573-6210
*Telephone number*

(336) 232-9210
*FAX number*