# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

North Carolina Democratic Party,

                Plaintiff,

      v.

North Carolina State Board of Elections;
Karen Brinson Bell, *in her official capacity as
Executive Director of the North Carolina State
Board of Elections*; Alan Hirsch, *in his official
capacity as Chair of the North Carolina State
Board of Elections*; Jeff Carmon, *in his official
capacity as Secretary of the North Carolina
State Board of Elections*; and Stacy Eggers IV,
Kevin N. Lewis, and Siobhan O'Duffy Millen,
*in their official capacities as members of the
North Carolina State Board of Elections*,

                Defendants.

Case No. 5:24-cv-00699

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Seth P. Waxman hereby enters a notice of special appearance as attorney for North Carolina Democratic Party in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Shana L. Fulton.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

December 6, 2024                    Respectfully submitted,

                                   /s/ Seth P. Waxman
                                   SETH P. WAXMAN
                                   WILMER CUTLER PICKERING
                                     HALE & DORR LLP
                                   2100 Pennsylvania Avenue N.W.
                                   Washington, D.C. 20037

                                   Phone: (202) 663-6000
                                   seth.waxman@wilmerhale.com
                                   D.C. BAR NO. 257337
                                   Attorney for NCDP


                                   /s/ Shana L. Fulton
                                   SHANA L. FULTON
                                   BROOKS, PIERCE, MCLENDON
                                     HUMPHREY & LEONARD, LLP
                                   150 Fayetteville Street
                                   1700 Wells Fargo Capitol Center
                                   Raleigh, N.C. 27601

                                   Phone: (919) 839-0300
                                   Fax: (919) 839-0304
                                   sfulton@brookspierce.com
                                   N.C. BAR NO. 27836
                                   Local Civil Rule 83.1(d) Attorney for North
                                   Carolina Democratic Party

2