IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-699

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Mark M. Rothrock is admitted to practice in this Court and hereby enters a notice of appearance as an attorney for Proposed Intervenor Judge Jefferson Griffin in the above-captioned matter.

Dated: December 9, 2024

Respectfully submitted,

/s/ *Mark M. Rothrock*
Mark M. Rothrock
56747 (NC)
Lehotsky Keller Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to the Plaintiff, the North Carolina Democratic Party. I also hereby certify that I transmitted the document via mail and electronic mail to the following non-CM/ECF participants: Counsel for Defendants, the North Carolina State Board of Education, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen:

    Terence Steed
    Mary Carla Babb
    South A. Moore
    North Carolina Department of Justice
    Special Litigation Section
    114 W. Edenton Street
    Raleigh, NC 227603
    (919) 716-6567
    tsteed@ncdoj.gov
    mcbabb@ncdoj.gov
    smoore@ncdoj.gov

    *Counsel for Defendants*

                                      /s/ *Mark M. Rothrock*
                                      Mark M. Rothrock