IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-699

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) |
| Defendants, | ) ) |

NOTICE OF APPEARANCE

COMES NOW the undersigned, Craig D. Schauer, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Intervenor Jefferson Griffin.

This the 10th day of December, 2024.

/s/ Craig D. Schauer
Craig D. Schauer
N.C. State Bar No. 41571
**DOWLING PLLC**
3801 Lake Boone Tr., Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351
cschauer@dowlingfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-699

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) |
| Defendants, | ) ) ) |

CERTIFICATE OF SERVICE

    I hereby certify that on December 10th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

    Respectfully submitted,

    /s/ Craig D. Schauer
    Craig D. Schauer
    N.C. State Bar No. 41571
    **DOWLING PLLC**
    3801 Lake Boone Tr., Suite 260
    Raleigh, North Carolina 27607
    Telephone: (919) 529-3351
    cschauer@dowlingfirm.com