IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-699

NORTH CAROLINA DEMOCRATIC PARTY,

    Plaintiff,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,

    Defendants,

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Troy D. Shelton, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Intervenor Jefferson Griffin.

This the 10th day of December, 2024.

    /s/ Troy D. Shelton
    Troy D. Shelton
    N.C. State Bar No. 48070
    **DOWLING PLLC**
    3801 Lake Boone Tr., Suite 260
    Raleigh, North Carolina 27607
    Telephone: (919) 529-3351
    tshelton@dowlingfirm.com