UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>      Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>      Defendants. | Case No. 5:24-cv-699<br><br><br><br>**PLAINTIFF NORTH CAROLINA DEMOCRATIC PARTY'S RESPONSE TO MOTION TO INTERVENE** |

  Plaintiff North Carolina Democratic Party consents to Judge Jefferson Griffin's motion to intervene filed on December 9, 2024 (ECF 15).

| | |
|---|---|
| December 10, 2024 | Respectfully submitted, |
| | /s/ Shana L. Fulton |
| SETH P. WAXMAN | SHANA L. FULTON |
| DANIEL S. VOLCHOK | N.C. Bar No. 27836 |
| CHRISTOPHER E. BABBITT | WILLIAM A. ROBERTSON |
| JANE E. KESSNER | N.C. Bar No. 53589 |
| NITISHA BARONIA | JAMES W. WHALEN |
| ANN E. HIMES[*] | N.C. Bar No. 58477 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP |
| 2100 Pennsylvania Avenue N.W. | 150 Fayetteville Street |
| Washington, D.C. 20037 | 1700 Wells Fargo Capitol Center |
| Phone: (202) 663-6000 | Raleigh, N.C. 27601 |
| Fax: (202) 663-6363 | Phone: (919) 839-0300 |
| seth.waxman@wilmerhale.com | Fax: (919) 839-0304 |
| daniel.volchok@wilmerhale.com | sfulton@brookspierce.com |
| christopher.babbitt@wilmerhale.com | wrobertson@brookspierce.com |
| jane.kessner@wilmerhale.com | jwhalen@brookspierce.com |
| annie.himes@wilmerhale.com | |

[*] Local Rule 83.1(e) special appearance forthcoming