IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-699-M-KS

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) |
| Defendants, | ) ) ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, W. Michael Dowling, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Intervenor Jefferson Griffin.

This the 10th day of December, 2024.

/s/ W. Michael Dowling
W. Michael Dowling
N.C. State Bar No. 42790
**DOWLING PLLC**
3801 Lake Boone Tr., Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351
mike@dowlingfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-699-M-KS

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) |
| Defendants, | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ W. Michael Dowling
W. Michael Dowling
N.C. State Bar No. 42790
**DOWLING PLLC**
3801 Lake Boone Tr., Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351
mike@dowlingfirm.com