UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-699-M-KS

| | |
|---|---|
| North Carolina Democratic Party,<br><br>                      Plaintiff,<br><br>v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>                      Defendants. | **DECLARATION OF SERVICE** |

The undersigned William A. Robertson, attorney for Plaintiff North Carolina Democratic Party, says:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendants were served on December 11, 2024 as follows:

    1.    Defendant Alan Hirsch, in his official capacity as Chair of the North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N. Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant Alan Hirsch

(DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant Hirsch was served with all of the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit A**.

2. Defendant Jeff Carmon, in his official capacity as Secretary of the North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N. Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant Jeff Carmon (DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant Carmon was served with all of the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit B**.

3. Defendant Karen Brinson Bell, in her official capacity as Executive Director of the North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N. Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant Karen Brinson Bell (DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant Bell was served with all of

the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit C**.

4. Defendant Kevin N. Lewis, in his official capacity as Member of the North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N. Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant Kevin N. Lewis (DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant Bell was served with all of the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit D**.

5. Defendant North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N. Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant North Carolina State Board of Elections (DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant North Carolina State Board of Elections was served with all of the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit E**.

6. Defendant Siobhan O'Duffy Millen, in her official capacity as Member of the North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N.

Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant Siobhan O'Duffy Millen (DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant Millen was served with all of the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit F**.

7. Defendant Stacy Eggers IV, in his official capacity as Member of the North Carolina State Board of Elections, c/o Paul Cox, General Counsel, 430 N. Salisbury St., Suite 3128, Raleigh, NC 27603, was served with the following: Summons to Defendant Stacy Eggers IV (DE 19), Plaintiffs' Complaint (DE 1), Civil Cover Sheet (DE 2), Plaintiff's Financial Disclosure Statement (DE 6), Plaintiff's Notice of Related Case (DE 7), and Plaintiffs' Notices of Appearance and Notices of Special Appearance by Plaintiffs' Counsel (DE 4, 5, 8, 9, 10, 11, 12, 13). Defendant Eggers was served with all of the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit G**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct. Executed this the 12th day of December, 2024.

                                          /s/ William A. Robertson
                                          WILLIAM A. ROBERTSON
                                          N.C. Bar No. 53589
                                          wrobertson@brookspierce.com
                                          BROOKS, PIERCE, MCLENDON,
                                          HUMPHREY & LEONARD, LLP
                                          150 Fayetteville Street
                                          1700 Wells Fargo Capitol Center
                                          Raleigh, N.C. 27601
                                          Phone: (919) 839-0300
                                          Fax: (919) 839-0304

                                          *Counsel for Plaintiff North Carolina Democratic Party*

# CERTIFICATE OF SERVICE

I certify that the foregoing declaration of service was filed with the court's case management and electronic case filing system, which will serve notice of electronic filing of the same on all counsel of record.

I further certify that the foregoing declaration of service was served by United States mail to Defendants North Carolina State Board of Elections, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin Lewis, and Siobhan O'Duffy Millen, addressed as follows:

North Carolina State Board of Elections
c/o Paul Cox, General Counsel
430 N. Salisbury St., Suite 3128
Raleigh, NC 27603

This the 12th day of December, 2024.

/s/ William A. Robertson
William A Robertson