# INDEX OF EXHIBITS TO DECLARATION OF SERVICE

| Exhibit | Document |
|---|---|
| A | FedEx Delivery Confirmation for Alan Hirsch c/o Paul Cox |
| B | FedEx Delivery Confirmation for Jeff Carmon c/o Paul Cox |
| C | FedEx Delivery Confirmation for Karen Brinson Bell c/o Paul Cox |
| D | FedEx Delivery Confirmation for Kevin N. Lewis c/o Paul Cox |
| E | FedEx Delivery Confirmation for North Carolina State Board of Elections c/o Paul Cox |
| F | FedEx Delivery Confirmation for Siobhan O'Duffy Millen c/o Paul Cox |
| G | FedEx Delivery Confirmation for Stacy Eggers IV c/o Paul Cox |