# EXHIBIT
# B



December 11, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 770640736289

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.Lampty | Delivery Location: | 430 N SALISBURY STSTE 3128 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | RALEIGH, NC, 27603 |
| | | Delivery date: | Dec 11, 2024 14:36 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 770640736289 | Ship Date: | Dec 10, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Jeff Carmon, in his offi. cap., c/o Paul Cox, General Counsel
430 N. Salisbury St.
Suite 3128
RALEIGH, NC, US, 27603

**Shipper:**
Shana Fulton, Brooks Pierce
150 Fayetteville Street
Suite 1700
RALEIGH, NC, US, 27601



S. LAMPTY
#63, 14:38, 7 Del, 0 NonDel

Thank you for choosing FedEx