# EXHIBIT

# G



December 11, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 770641254340

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.Lampty | **Delivery Location:** | 430 N SALISBURY STSTE 3128 |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | RALEIGH, NC, 27603 |
| | | **Delivery date:** | Dec 11, 2024 14:36 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 770641254340 | **Ship Date:** | Dec 10, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Stacy Eggers IV in his off. cap., c/o Paul Cox, General Counsel
430 N. Salisbury St.
Suite 3128
RALEIGH, NC, US, 27603

**Shipper:**
Shana Fulton, Brooks Pierce
150 Fayetteville Street
Suite 1700
RALEIGH, NC, US, 27601



Thank you for choosing FedEx