# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:24-cv-00699-M-KS |
| NORTH CAROLINA STATE BOARD OF ELECTION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NC SBOE, Karen Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers, Kevin N. Lewis, & Siobhan O'Duffy Millen.

Date: 12/27/2024

/s/ Terence Steed
*Attorney's signature*

Terence Steed, N.C. State Bar No. 52809
*Printed name and bar number*

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Address*

tsteed@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

*FAX number*