UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| North Carolina Democratic Party,<br><br>        Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>        Defendants. | Case No. 5:24-cv-00699 |

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned Ann E. Himes hereby enters a notice of special appearance as attorney for North Carolina Democratic Party in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Shana L. Fulton.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

December 31, 2024                              Respectfully submitted,

/s/ Ann E. Himes
ANN E. HIMES
WILMER CUTLER PICKERING
  HALE & DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

Phone: (202) 663-6100
annie.himes@wilmerhale.com
D.C. BAR NO. 1767647
Attorney for NCDP


/s/ Shana L. Fulton
SHANA L. FULTON
BROOKS, PIERCE, MCLENDON
  HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601

Phone: (919) 839-0300
Fax: (919) 839-0304
sfulton@brookspierce.com
N.C. BAR NO. 27836
Local Civil Rule 83.1(d) Attorney for North Carolina Democratic Party