UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:24-cv-00699-M-KS

| | | |
|---|---|---|
| North Carolina Democratic Party, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| North Carolina State Board of Elections, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | | |

THIS MATTER is before the Court on the consent motion of Defendants North Carolina State Board of Elections, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, and Siobhan O'Duffy Millen (collectively "State Board Defendants") for a twenty-one-day extension of the deadline within which to respond to Plaintiff's First Amended Complaint [D.E. 1]; and

It appearing that Plaintiff consents to this request and that good cause exists to grant Defendants' motion;

IT IS HEREBY ORDERED that State Board Defendants shall have up to and including February 3, 2025, to file a response to Plaintiff's First Amended Complaint.

Dated this the _____ day of _____, 20___.

_____
RICHARD E. MYERS, II
Chief Judge
United States District Court