# UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
No. 5:24-cv-699-M-KS

| | | |
|---|---|---|
| North Carolina Democratic Party, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| North Carolina State Board of Elections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the third consent motion of Defendants North Carolina State Board of Elections, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, and Siobhan O'Duffy Millen (collectively "State Board Defendants") for a sixty (60) days extension of the deadline within which to respond to Plaintiff's First Amended Complaint [D.E. 29]. It appearing that Plaintiff consents to this request and that good cause exists to grant Defendants' motion;

IT IS HEREBY ORDERED that Defendants' motion [DE #33] is GRANTED. State Board Defendants shall have up to and including **May 5, 2025**, to file a response to Plaintiff's First Amended Complaint.

Dated this 6th day of March 2025.

KIMBERLY A. SWANK
United States Magistrate Judge