# EXHIBIT E

```
STATE OF NORTH CAROLINA    )
COUNTY OF WAKE             )
                           )
                           )
   AFFIDAVIT OF KYLE OFFERMAN )
                           )
                           )
                           )
_____)
```

I, Kyle Offerman, being duly sworn, depose and state as follows:

### Background and Qualifications

1. I am over 18 years of age and fully competent to make this affidavit.

2. I have personal knowledge of the facts and matters set forth herein.

3. I am a citizen of the United States and a resident of Wendell, Wake County, North Carolina.

4. I am employed as the Chief Counsel of the North Carolina Republican Party.

### Preparation of Filing

5. In preparation for filing election protests related to the 2024 General Election, my team and I conducted a thorough review of 08 NCAC 02 .0111, which outlines the filing requirements for an Election Protest.

6. We assembled the list of all County Board of Elections Directors in North Carolina from https://vt.ncsbe.gov/BOEInfo/PrintableVersion/ to gather their applicable emails as provided by the State Board of Elections.

7. We then prepared one hundred emails to be sent to the County Board of Elections Directors with the applicable Jefferson Griffin protests for said county and a cover letter attached.

## Filing

8. We then sent said Jefferson Griffin protests from legal@ncgop.org with the Counsel for Jefferson Griffin, Craig Schauer, carbon copied.

9. All protests on behalf of Jefferson Griffin were submitted by 5:00 PM Eastern Standard Time in accordance with N.C.G.S. § 163-182.9(b).

## Preparation of Service

10. In preparation for filing election protests related to the 2024 General Election, my team and I conducted a thorough review of 08 NCAC 02 .0111, which outlines the service requirements for affected parties.

11. We compiled an Excel file containing the names and addresses of those parties affected by the protests filed by Jefferson Griffin, Ashlee Adams, Stacie McGinn, and Frank Sossaman.

12. To ensure conformity with North Carolina law and on behalf of these candidates, we created a webpage hosted on www.ncgop.org, accessible to those who receive service that a protest has been filed that may affect his or her vote.

13. A QR code was generated to provide a direct link to this webpage.

14. We designed a service postcard, incorporating the QR code, to notify all affected parties. A draft of this postcard is attached hereto as Attachment 1.

15. A third-party vendor was contracted to handle the mailing of these service postcards in compliance with 08 NCAC 02 .0111.
16. The third-party vendor was provided with the Excel file containing the names and addresses of all affected parties to facilitate the mailing process.

## Service

17. The third-party vendor prepared and mailed the service postcards to all affected parties by the deadline established in 08 NCAC 02 .0111.
18. Each postcard directs recipients, via the QR code, to the public webpage where all filed protests are uploaded and available for review.
19. Once on the webpage, affected parties can easily locate the relevant protest filed in their county in which they are named.
20. The process and manner of service adhered to the requirements set forth in 08 NCAC 02 .0111.

Further, the affiant sayeth not.

This 22 day of November 2024.

_____
KYLE OFFERMAN

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Signed and sworn to (or affirmed) before me by _Kyle Offerman_.

Date: 11/22/2024

_____
[Official Signature of Notary]

[Official Seal]
DANIEL MILAN KRCHNAVEK
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 04-04-2026

_Daniel Milan Krchnavek_
Notary Public
[Notary's printed or typed name]

My commission expires: 04-04-2026

4

# ATTACHMENT 1

1506 Hillsborough Street
Raleigh, NC 27605

Non-Profit
US Postage
PAID
North Carolina
Republican Party

**\*\*\* NOTICE \*\*\***

[[First Name]] [[Middle Name]] [[Last Name]], your vote may be affected by one or more protests filed in relation to the 2024 General Election.

**Please scan this QR code to view the protest filings.** Please check under the county in which you cast a ballot to see what protest may relate to you.



For more information on when your County Board of Elections will hold a hearing on this matter, please visit the State Board of Elections' website link found on the Protest Site (via the QR code).

Paid for by the North Carolina Republican Party.