# EXHIBIT F

Below is an image extracted from an as-sent postcard published by the Southern Coalition for Social Justice. *See Southern Coalition for Social Justice* (@scsjofficial), Instagram (Dec. 4, 2024), https://www.instagram.com/scsjofficial/p/DDKzasev_dz/?img_index=1.

1506 Hillsborough Street
Raleigh, NC 27605

Non-Profit
US Postage
PAID
North Carolina
Republican Party

***** NOTICE *****

[redacted], your vote may be affected by one or more protests filed in relation to the 2024 General Election.

**Please scan this QR code to view the protest filings.** Please check under the county in which you cast a ballot to see what protest may relate to you.

For more information on when your County Board of Elections will hold a hearing on this matter, please visit the State Board of Elections' website link found on the Protest Site (via the QR code).

72*1*20212*********SCH 5-DIGIT [redacted]
[redacted] OR CURRENT RESIDENT
[redacted] DR
[redacted], NC [redacted]

Paid for by the North Carolina Republican Party.

