# EXHIBIT G

⚠ **Statement Updated April 9 with FAQ for Affected Voters**
Please read: **Information for Voters Challenged in Election Protest**

An official website of the State of North Carolina  How you know    About   Contact   Media   nc.gov   🌐 Select Language

 NORTH CAROLINA STATE BOARD OF ELECTIONS

Registering ▾   Voting ▾   For Candidates ▾   Results & Data ▾   Campaign Finance ▾   About Elections ▾   

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

### 1. Which voters have been challenged? 

The list of voters who have been challenged is available in Excel form here: Griffin Challenged Voters (XLSX). This Excel file includes all challenged voters and includes the voters' county, name, residential address, and mailing address.

There are separate tabs for each category of challenged voters:

1. "IncompleteReg" refers to voters alleged to have not provided their driver's license number or last four digits of their social security number when registering. You can also view a list of the challenged voters in this category, separated by county of registration, at the links below:
   - Counties A-B: Challenged Registration Voters (PDF)
   - Counties C: Challenged Registration Voters (PDF)
   - Counties D-E: Challenged Registration Voters (PDF)
   - Counties F-G: Challenged Registration Voters (PDF)
   - Counties H-L: Challenged Registration Voters (PDF)
   - Counties M: Challenged Registration Voters (PDF)
   - Counties N-P: Challenged Registration Voters (PDF)
   - Counties R-V: Challenged Registration Voters (PDF)
   - Counties W-Y: Challenged Registration Voters (PDF)
2. "UOCAVA No ID" refers to military, military family, and overseas-citizen voters who submitted absentee ballots and are challenged for not providing a photocopy of their photo ID with their ballot. You can also view a list of the challenged voters in this category: Challenged UOCAVA No ID Voters (PDF).
3. "FPCA_FWAB" refers to U.S. citizen voters living abroad who are challenged for indicating they have never lived in United States but who have parental connections to North Carolina. You can also view a list of the challenged voters in this category: Challenged FPCA/FWAB Voters (PDF). "FPCA_FWAB Supplement" refers to voters in this same category who were identified by the protesting candidate after the deadline to file a protest. You can also view a list of the challenged voters in this category: Supplement Challenged FPCA/FWAB Voters (PDF).

Note that it is unclear whether the Court of Appeals decision would apply to any voters added to the protest after the protest deadline. These would include the "FPCA_FWAB Supplement" voters and the "UOCAVA No ID" voters from Buncombe, Durham, and Forsyth counties, all of whom were identified by the protester after the deadline to file a protest.

The PDFs linked above contain the voter's county, name, and residential address. To see if your name is on the list, first go to the section for your county of registration and then search for your name. The names in each county are ordered by last name.

**Statement Updated April 9 with FAQ for Affected Voters**

Please read: **Information for Voters Challenged in Election Protest**

An official website of the State of North Carolina How you know

About | Contact | Media | nc.gov | Select Language



Registering | Voting | For Candidates | Results & Data | Campaign Finance | About Elections

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

**1. Which voters have been challenged?**

**2. I'm a voter who was challenged as having an "incomplete" registration. How can I address the issue?**

First, the court decision is not yet in effect. If it goes into effect, the county board would notify you on how to proceed. The decision is being appealed.

Basically, the court concluded that voters must provide either their driver's license or the last four digits of their Social Security number to ensure their registration is "complete," unless the voter marked on the registration form that they lacked these numbers. If you are listed as an "incomplete" voter, the candidate protesting the election (Griffin) has alleged that you didn't provide this information when you registered and are therefore ineligible.

**While we wait to see if this decision will go into effect, you are welcome to submit an updated voter registration form to ensure all your information is complete and current.** The easiest way is to use the DMV's online registration system, if you have an N.C. driver's license. Go to payments.ncdot.gov to fill out a voter registration application. You don't need to create a special account with the DMV. You can select "Continue as Guest" on the DMV's website and proceed directly to submitting your voter registration. If you're already registered, submitting this information will update your existing voter registration.

If you don't have a license from the DMV, you can download a voter registration form at ncsbe.gov/register-mail, and then print, sign, and mail or deliver the form to your county board of elections. Contact and address information for the 100 county boards of elections is available here: vt.ncsbe.gov/boeinfo.

**3. I'm a military, military family, or overseas-citizen voter who was challenged as not providing photo ID with my absentee ballot. How can I address the issue?**

**4. I'm an overseas-citizen voter who has been challenged because I've never lived in the U.S. but was allowed to vote because of my parent's or guardian's North Carolina residency. How can I address the issue?**

**5. Are county boards of elections already contacting any of the impacted voters?**

**6. My county board told me I did provide my driver's license or last four digits of my social security number when I registered, but I'm still on the list. What will happen with my vote?**



**Statement Updated April 9 with FAQ for Affected Voters**

Please read: **Information for Voters Challenged in Election Protest**

NORTH CAROLINA
STATE BOARD OF ELECTIONS

Registering ▾    Voting ▾    For Candidates ▾    Results & Data ▾    Campaign Finance ▾    About Elections ▾

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

**1. Which voters have been challenged?** ⌄

**2. I'm a voter who was challenged as having an "incomplete" registration. How can I address the issue?** ⌄

**3. I'm a military, military family, or overseas-citizen voter who was challenged as not providing photo ID with my absentee ballot. How can I address the issue?** ⌃

First, the court decision is not yet in effect. If it goes into effect, the county board would notify you on how to proceed. The decision is being appealed.

Basically, the court concluded that military, military family, and overseas-citizen absentee voters should have been asked to provide a photocopy of acceptable photo ID or an ID Exception Form when they submitted their absentee ballot, despite a rule exempting such voters from this requirement.

**While we wait to see if this decision will go into effect, you are welcome to submit a photocopy of your photo identification out of an abundance of caution.** Acceptable types of photo identification, including N.C. driver's licenses, military IDs, and passports, are listed at Voter ID: Acceptable Photo IDs for Voting, and on Infosheet: Acceptable Forms of Photo ID (2024 General Election) (PDF). You can send this to your county board of elections via email, mail or commercial carrier, in person at the county board office, or by fax.

Contact and address information for the 100 county boards of elections is available here: vt.ncsbe.gov/boeinfo. The county board will retain your photo ID documents securely and separately, in case the court decision goes into effect. If you are unable to provide a photocopy of your photo ID and the court decision goes into effect, your county board of elections will notify you of your options to meet the photo ID requirement.

**4. I'm an overseas-citizen voter who has been challenged because I've never lived in the U.S. but was allowed to vote because of my parent's or guardian's North Carolina residency. How can I address the issue?** ⌄

**5. Are county boards of elections already contacting any of the impacted voters?** ⌄

**6. My county board told me I did provide my driver's license or last four digits of my social security number when I registered, but I'm still on the list. What will happen with my vote?** ⌄

**7. If the court's decision goes into effect, what would the timeline be for the process to remedy any registration or photo ID issues?** ⌄

⚠ **Statement Updated April 9 with FAQ for Affected Voters**
Please read: **Information for Voters Challenged in Election Protest**

An official website of the State of North Carolina  How you know ⌄     About   Contact   Media   nc.gov   🌐 Select Language

**NORTH CAROLINA** STATE BOARD OF ELECTIONS

Registering ▾   Voting ▾   For Candidates ▾   Results & Data ▾   Campaign Finance ▾   About Elections ▾   🔍

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

**1. Which voters have been challenged?** ⌄

**2. I'm a voter who was challenged as having an "incomplete" registration. How can I address the issue?** ⌄

**3. I'm a military, military family, or overseas-citizen voter who was challenged as not providing photo ID with my absentee ballot. How can I address the issue?** ⌄

**4. I'm an overseas-citizen voter who has been challenged because I've never lived in the U.S. but was allowed to vote because of my parent's or guardian's North Carolina residency. How can I address the issue?** ⌃

First, the court decision is not yet in effect. The decision is being appealed.

Basically, despite a state law that allows voters such as you to vote, the court concluded the state constitution does not allow this. If the court's decision goes into effect, it would require your ballot to be located and your vote in the supreme court contest to be removed from the count.

**5. Are county boards of elections already contacting any of the impacted voters?** ⌄

**6. My county board told me I did provide my driver's license or last four digits of my social security number when I registered, but I'm still on the list. What will happen with my vote?** ⌄

**7. If the court's decision goes into effect, what would the timeline be for the process to remedy any registration or photo ID issues?** ⌄

**Statement Updated April 9 with FAQ for Affected Voters**

Please read: **Information for Voters Challenged in Election Protest**

An official website of the State of North Carolina  How you know

About   Contact   Media   nc.gov   Select Language

**NORTH CAROLINA STATE BOARD OF ELECTIONS**

Registering ▾   Voting ▾   For Candidates ▾   Results & Data ▾   Campaign Finance ▾   About Elections ▾

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

1. Which voters have been challenged?

2. I'm a voter who was challenged as having an "incomplete" registration. How can I address the issue?

3. I'm a military, military family, or overseas-citizen voter who was challenged as not providing photo ID with my absentee ballot. How can I address the issue?

4. I'm an overseas-citizen voter who has been challenged because I've never lived in the U.S. but was allowed to vote because of my parent's or guardian's North Carolina residency. How can I address the issue?

5. Are county boards of elections already contacting any of the impacted voters?

To avoid any confusion because this case is still being appealed, the county boards have been instructed not to contact voters yet to tell them they need to do anything to fix any issues with their registration or ballots. It is possible that the court's decision will get reversed or changed. As explained in items 2 and 3 above, if you're a voter with concerns about your registration or photo ID documentation, you can submit an updated voter registration form or photo ID documentation to your county board of elections.

6. My county board told me I did provide my driver's license or last four digits of my social security number when I registered, but I'm still on the list. What will happen with my vote?

7. If the court's decision goes into effect, what would the timeline be for the process to remedy any registration or photo ID issues?



**Statement Updated April 9 with FAQ for Affected Voters**

Please read: **Information for Voters Challenged in Election Protest**

An official website of the State of North Carolina    How you know

About    Contact    Media    nc.gov    Select Language

NORTH CAROLINA STATE BOARD OF ELECTIONS

Registering    Voting    For Candidates    Results & Data    Campaign Finance    About Elections

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

**1. Which voters have been challenged?**

**2. I'm a voter who was challenged as having an "incomplete" registration. How can I address the issue?**

**3. I'm a military, military family, or overseas-citizen voter who was challenged as not providing photo ID with my absentee ballot. How can I address the issue?**

**4. I'm an overseas-citizen voter who has been challenged because I've never lived in the U.S. but was allowed to vote because of my parent's or guardian's North Carolina residency. How can I address the issue?**

**5. Are county boards of elections already contacting any of the impacted voters?**

**6. My county board told me I did provide my driver's license or last four digits of my social security number when I registered, but I'm still on the list. What will happen with my vote?**

If the court decision goes into effect, the first thing the county boards will need to do is identify any voters who were identified in the protest in error. That would include voters who provided the requested information but it was not entered into the system for validation, voters who selected the checkbox that they lacked these numbers, voters who provided the requested information but it did not validate and they provided an alternative form of ID when first voting, and voters who registered before this requirement took effect in 2004, among other potential categories. If the Court of Appeals decision goes into effect, the State Board will provide detailed instructions for all county boards to carefully review their records to determine which voters would need to remedy any registration issue under the court's decision and which voters would not need to do so.

**7. If the court's decision goes into effect, what would the timeline be for the process to remedy any registration or photo ID issues?**



**Statement Updated April 9 with FAQ for Affected Voters**

Please read: **Information for Voters Challenged in Election Protest**

An official website of the State of North Carolina  How you know          About    Contact    Media    nc.gov    Select Language

NORTH CAROLINA STATE BOARD OF ELECTIONS

Registering ▾   Voting ▾   For Candidates ▾   Results & Data ▾   Campaign Finance ▾   About Elections ▾

Home

# Information for Voters Challenged in Election Protest

## Statement Updated April 9 with FAQ for Affected Voters

On April 4, 2025, the North Carolina Court of Appeals issued a decision in the election protest brought by state supreme court candidate Jefferson Griffin. The court's decision, which has been appealed, may require the county boards of elections to contact voters whose voter registration forms did not include a driver's license number or last four digits of a Social Security number (and didn't check the box indicating they lacked these numbers), and to allow those voters to provide that information to their county board of elections, to ensure their votes for the supreme court contest count in the 2024 general election. The decision may also require the county boards of elections to contact military and overseas-citizen voters who submitted an absentee ballot to provide a copy of their photo identification, to ensure their votes for the supreme court contest count in the 2024 general election.

**The court's decision is not yet in effect and is currently being appealed.** On April 7, the state Supreme Court temporarily halted the Court of Appeals decision while it considers whether to hear the appeal. If the Court of Appeals decision does go into effect, the State Board of Elections will provide detailed instructions to the counties and affected voters on how to comply with the decision.

In the meantime, below are responses to questions we've received.

## FAQ: Court of Appeals Decision in the Griffin Protest

**1. Which voters have been challenged?**

**2. I'm a voter who was challenged as having an "incomplete" registration. How can I address the issue?**

**3. I'm a military, military family, or overseas-citizen voter who was challenged as not providing photo ID with my absentee ballot. How can I address the issue?**

**4. I'm an overseas-citizen voter who has been challenged because I've never lived in the U.S. but was allowed to vote because of my parent's or guardian's North Carolina residency. How can I address the issue?**

**5. Are county boards of elections already contacting any of the impacted voters?**

**6. My county board told me I did provide my driver's license or last four digits of my social security number when I registered, but I'm still on the list. What will happen with my vote?**

**7. If the court's decision goes into effect, what would the timeline be for the process to remedy any registration or photo ID issues?**

If the decision went into effect, a few things must occur before any action is taken to notify voters. First, the case would need to be returned to the State Board of Elections, and the State Board would then need to direct the county boards of elections on how to implement the order. Next, the county boards would need to identify voters who would need to be contacted. This would have to be a careful process to exclude any voters who provided the information the court's order says is required, or who are not subject to the requirement (e.g., they are on the "incomplete" list but registered before 2004). After that period of identifying the voters who need to be notified, then the State Board would direct the county boards to start the notification and cure period for any affected voters.


