# EXHIBIT H

| NCID | NcCounty | firstName | lastName | resAddr1 | resAddr2 | resCity | resZip | ovrResAddr1 | ovrResAddr2 | ovrResAddr3 | ovrResCountry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AA206346 | Alamance | KATHERINE | KIRK | | 403 | BURLINGTON | 27215 | 12 HOWARD ST | | 7 | 3121 AUSTRALIA |
| AC17756 | Alleghany | ALEXANDRA | TOMS | 405 RHODODENDRON DRIVE | | ROARING GAP | 28668 | 26E ROSARY GARDENS | | LONDON SW7 4NT | UK |
| AE38839 | Ashe | TYLER | KOCH | 201 DON WALTERS ROAD | | JEFFERSON | 28640 | MAX-CASPAR-STRASSE 69 | BADEN-WÜRTTEMBERG | WEIL DER STADT 71263 | GERMANY |
| AE38839 | Ashe | TYLER | KOCH | 201 DON WALTERS RD | | JEFFERSON | 28640 | MAX-CASPAR-STRASSE 69 | | 71263 WEIL DER STADT | GERMANY |
| AF31317 | Avery | JOSIE | HALLETT | 11 SUMMER LANE | | SPRUCE PINE | 28777 | 145 ROBINSON ROAD | LONDON | SW17 9DN | UNITED KINGDOM |
| AK203344 | Brunswick | SILVANUS | LEUENBERGER | 1009 E MOORE STREET | | SOUTH PORT | 28461 | DORNACHERSTRASSE 327 | | BASEL 4053 | SWITZERLAND |
| AL408789 | Buncombe | MARIE-CHANTAL | CANCLINI | 400 WESLEY DRIVE | # Apt 253 | ASHEVILLE | 28803 | FICHTESTRASSE 15 | | ST. GALLEN 9000 | SCHWEIZ |
| AL403182 | Buncombe | ERIN | ETHERIDGE | 22 VANCE CEMETERY RD | | WEAVERVILLE | 28787 | ??????2-33-5-705 | | | 1500001 JAPAN |
| AL407698 | Buncombe | ANNA | FROMMBERGER-OATMAN | 94 POPLAR STREET | | BLACK MOUNTAIN | 28711 | FINOWSTRASSE 18 | BERLIN | | 10247 GERMANY |
| AL356194 | Buncombe | COURTNEY | GACKSTETTER | 114 BUCKNER RD | | BLACK MOUNTAIN | 28711 | 1614 KITCHEN COURT. | ONTARIO | OSHAWA L1K0H6 | CANADA |
| AL223629 | Buncombe | DAVID | GRANDADAM | 60 GERBER ROAD | # 209 | ASHEVILLE | 28803 | 682 RUE DE L'EGLISE | | PLAINE, 67420 | FRANCE |
| AL312784 | Buncombe | PAUL | GRANDADAM | 60 GERBER ROAD | # 209 | ASHEVILLE | 28803 | 3 RUE DES CIGOGNES | | | 67000 FRANCE |
| AL408415 | Buncombe | RONAN | HENSEY | 1037 RIVERSIDE DRIVE | | ASHEVILLE | 28804 | DOONSHEHEEN | RIVERSTOWN | F52Y026 | IRELAND |
| AL359061 | Buncombe | JULIA | PITMAN | 2338 RICEVILLE ROAD | | ASHEVILLE | 28805 | 18 GREENLAND MILLS | BRADFORD ON AVON | BA15 1BL | UNITED KINGDOM |
| AL359579 | Buncombe | BENJAMIN | WALLACE | 2 IVAN BRIDGE DRIVE | | BARNARDSVILE | 28709 | 84/1 RENFREW ROAD | | PA3 4BJ | UK |
| AM100574 | Burke | MEGAN | JACUMIN | 211 LOVELADY RD | | RUTHERFORD COLLEGE | 28671 | PAULINENALLEE 36 | | HAMBURG / 20259 | GERMANY |
| AM106381 | Burke | EMILY | JACUMIN | 211 LOVELADY RD | | RUTHERFORD COLLEGE | 28671 | FRIESENSTRASSE 54 | | 39108 MAGDEBURG | GERMANY |
| AN250745 | Cabarrus | CHRISTOPHER | BRASSAT | 61 CABARRUS AVE E | | CONCORD | 28028 | CARL-RUMPFF-STR. 17 | | LEVERKUSEN 51373 | GERMANY |
| AN251043 | Cabarrus | ISABELLE | BRASSAT | 61 CABARRUS AVE E | | CONCORD | 28025 | CARL-RUMPFF-STRASSE 17 | | LEVERKUSEN 51373 | GERMANY |
| AN235695 | Cabarrus | SPYROS | KOTSAKIS | 8823 SAVANNAH ROAD | | HARRISBURG | 28075 | SPINDLERSTRASSE 6B | | | 81477 GERMANY |
| AP64541 | Caldwell | WILLIAM | CHAMBERS | 106 AMHURST PARK ST | | LENOIR | 28645 | PSC 37 BOX 2056 | APO, AE | | 9459 USA |
| AS101100 | Carteret | MATHIAS | NORDSKOG | 301 FRONT ST | | BEAUFORT | 28516 | SPEIDERVEIEN 33G | | 4879 GRIMSTAD | NORWAY |
| AS111706 | Carteret | SUNNIVA | NORDSKOG | 301 FRONT ST | | BEAUFORT | 28516 | BOALTHS VEI 8 | | 5067 BERGEN | NORWAY |
| CW956555 | Catawba | SUJATHA | SHIRAGOMBI | 9391 LEGRAND DR | | TERREL | 28682 | HOTEL PANORAMA - SANTIAGO DE CHIQUITOS | ROBORE - MUNICIPALITY | SANTA CRUZ - DEPARTMENT | BOLIVIA - COUNTRY |
| AW240082 | Catawba | AMELIA | THOMPSON | 848 FIRST STREET NE | | HICKORY | 28601 | 23 HARDWICK ROAD | | REDHILL, RH1 6NH | UK |
| AW248591 | Catawba | CHARLES | THOMPSON | 848 FIRST STREET NE | | HICKORY | 28601 | 23 HARDWICK ROAD | REDHILL | RH1 6NH | UK |
| BB103686 | Cleveland | JONATHAN | PARTAIN | 204 GORDON AVE | | BOILING SPRINGS | 28017 | SKÖNTORPSVÄGEN 29C | | 12038, ÅRSTA | SWEDEN |
| BC65475 | Columbus | JIMMY | HERRING | 6691 SWAMP FOX HWY E | | TABOR CITY | 28463 | KALORAMA 104 | | 2132 RB | THE NETHERLANDS |
| CW630116 | Craven | NATHANIEL | JAIME | 102 TEUFEN RD | | NEW BERN | 28562 | PSC 559 BOX 5253 | | FPO 96377 | USA |
| BE517105 | Cumberland | AMY | BLAAS | 3611 KEDENBURG ST | # 5923 | FORT LIBERTY | 28310 | BUCHENWEG 12 | | | 63073 GERMANY |
| BE346536 | Cumberland | BENJAMIN | BROW | 3409 GRENEDINE DRIVE | | FAYETTEVILLE | 28306 | ERICH-WEINERT-STR. 5 | | 39112 MAGDEBURG | GERMANY |
| BE472629 | Cumberland | ABDULAI | CONTEH | 208 GIZA DR | # Apt 3F | FAYETTEVILLE | 28303 | 208 GIZA DR. | APT. 3F | | 28303 UNITED STATES |
| BE388584 | Cumberland | PETER | GLEISSNER | EDINBURGH DRIVE 429 | | FAYETTEVILLE | 28306 | AVENUE HAMOIR 22 | | | 1180 BELGIUM |
| BE516550 | Cumberland | PHILIP | JETER | 5132 HEWITT DR | | FAYETTEVILLE | 28311 | AUSTR. 3 1/3 | BAD TOELZ | | 83646 GERMANY |
| BE459507 | Cumberland | LILIAN | MAWHINNEY | 1909 TRYON DR | # 8 | FAYETTEVILLE | 28303 | FURTMAYRSTRASSE 28 | | | 93053 DEUTSCHLAND |
| BF46653 | Currituck | JOANNA | FREY | 10 DOWDYS BAY RD | | GRANDY | 27939 | GERAUER STR. 50 | | 60528 FRANKFURT AM MAIN | GERMANY |
| BG67163 | Dare | JULIA | CARNEY | 103 MARLIN DRIVE | | DUCK | 27949 | 327 KING ST. WEST | | COBOURG, K9A 2N4 | CANADA |
| BJ50455 | Davie | TANJA | LOEHE | C/O 140 RIVER RD | | ADVANCE | 27006 | VON-LINDEN-STR. 4 | NOERDLINGEN | | 86720 GERMANY |
| BK63432 | Duplin | NIKOLAOS | BLALOCK | 425 EAST WESTBROOK STREET | | WALLACE | 28466 | VIA FIESSO 7 | | CASTENASO 40055 | ITALY |
| BL460186 | Durham | ZOE | ALLOTT | 1618 DELAWARE AVENUE | | DURHAM | 27705 | 5 MOUNT CARMEL ROAD | | D14 WD34 | IRELAND |
| BL583567 | Durham | LOGAN | CHAUDHRY - KIELY | 214 HUNT ST | # 705 | DURHAM | 27701 | 36 MEADOW ROAD | HOUGHTON CONQUEST | MK45 3GJ | UNITED KINGDOM |
| DE361685 | Durham | ELIZA | DAY | 1515 EAST FRANKLIN ST | # 18 | CHAPEL HILL | 27514 | 13 BEAMSLEY TERRACE | HYDE PARK | LEEDS, LS6 1LP | UNITED KINGDOM |
| BL253102 | Durham | MICHELLE | DE LEVAL JEZIERSKI | 1101 NORWOOD AVE | | DURHAM | 27707 | GOTENSTR. 4 | | BERLIN 10829 | GERMANY |
| BL521977 | Durham | LAURA | GEHRING | 100 WATTS STREET | | DURHAM | 27701 | FLAT 5, 13 CHURCH ROAD | | LONDON, N1 2FA | UNITED KINGDON |
| BL588144 | Durham | FOREST | JOHNSON | 1077 SHORESIDE DRIVE | | DURHAM | 27713 | 17 WINDSOR CLOSE | | CO28QT | UK |
| BL578336 | Durham | LEONARD | JONES | 418 MONTICELLO AVE | | DURHAM | 27707 | 35 HARIMONIM RD. | C/O AZULAY RESIDENCE | RINATYA 7316500 | ISRAEL |
| BL466258 | Durham | JACOB | KAUFMAN | 2306 ELBA STREET | | DURHAM | 27705 | 39A CRAWFORD STREET | | M6J3V1 | CANADA |
| BL527050 | Durham | PATRICK | KELLEY | 807 ELLIS RD | | DURHAM | 27703 | CHEMIN DE LA MONTAGNE 78 | | CH-1224 CHÊNE-BOUGERIES | SWITZERLAND |
| BL288029 | Durham | LUCILLE | MARTINI | 3815 SWARTHMORE RD | | DURHAM | 27707 | VIA FEDERICO II 26 | | LOCOROTONDO | ITALY |
| BL468298 | Durham | ARTHUR LEV | MENIKER | 1801 WILLIAMSBURG RD | # 38H | DURHAM | 27707 | SCHÜTZENSTRASSE 4B | | GRENZACH-WYHLEN, 79639 | GERMANY |
| BL535932 | Durham | SPENCER | MILLER | 4020 SHOCCOREE RD | | DURHAM | 27705 | 4868 FRASER ST | UNIT 305 | V5V 4H5 | CA |
| BL579032 | Durham | EDWARD | MOOREHEAD | 1721 SHAWNEE STREET | | DURHAM | 27701 | 82 HOWARD PARK AVENUE | | TORONTO M6R1V6 | CANADA |
| BL424954 | Durham | JASMINE | MORROW | 2306 ELBA ST | | DURHAM | 27705 | 2 OLD MILL DR | UNIT 320 | TORONTO M6S0A2 | CANADA |
| BL526182 | Durham | DENNIS | REDDIG | 4903 STOCKTON WAY | | DURHAM | 27707 | SOPHIENSTR. 173A | | 76185 KARLSRUHE | GERMANY |
| BL585258 | Durham | RACHEL | ROCKWELL | 440 CHAPEL DRIVE | | DURHAM | 27708 | TÅSINGEGADE 29, 2. 2100 | | KØBENHAVN Ø | DENMARK |
| BL583263 | Durham | ESTELLE | SAIGNES | 1315 MORREENE RD | | DURHAM | 27705 | 51 RUE DE LIEGE | | FOREST 1190 | BELGIUM |
| BL526183 | Durham | JENNIFER | SCHUBERT | 4903 STOCKTON WAY | # 6 | DURHAM | 27707 | FRIEDENSTR. | | 6 JENA 07743 | DEUTSCHLAND |
| BL582353 | Durham | HENRY | SMITH | 2309 CAROLINE DRIVE | | DURHAM | 27705 | 44 WILTON CRESCENT | | LONDON SW19 3QS | UNITED KINGDOM |
| BL582356 | Durham | NATHANIEL | SMITH | 2309 CAROLINE DRIVE | | DURHAM | 27705 | 44 WILTON CRESCENT | | LONDON SW19 3QS | UNITED KINGDOM |
| BL533685 | Durham | RHEANNA | SWIFT-HILL | 2419 ALPINE ROAD | | DURHAM | 27707 | 731 DEERCROFT WAY SE | | CALGARY / T2J 5V4 | CANADA |
| BL574820 | Durham | SAMUEL | WURTMAN | 2841 STUART DRIVE | | DURHAM | 27707 | KFAR ETZION 19 | | JERUSALEM | ISRAEL |
| BL556438 | Durham | ALVIN | YANG | 5010 GARRETT RD | # APT 634 | DURHAM | 27707 | FLAT 1, 256 SUSSEX WAY, | LONDON, | N19 4HY | UNITED KINGDOM |
| BM73685 | Edgecombe | DOMINIK | SCHOLLMAYER | 1312 TARBORO ST | | ROCKY MOUNT | 27801 | WITTEKAMP 16 | | | 30177 DEUTSCHLAND |
| BN593137 | Forsyth | KILIAN | ACKVA | 605 DOE RUN DRIVE | | KERNERSVILLE | 27284 | ST.-STEPHANS-WEG 8 | 89340 LEIPHEIM | | 89340 GERMANY |
| BN547687 | Forsyth | AARON | ARAUZ | | 3800 | WINTON-SALEM | 27104 | 7 RUE LABAT | | PARIS, 75018 | FRANCE |
| BN605463 | Forsyth | ALEXANDER | BOTTA | 722 KNOLLWOOD STREET | | WINSTON-SALEM | 27103 | CHEMIN DES HUTINS 69 | CONFIGNON | | 1232 SWITZERLAND |
| BN605464 | Forsyth | ASHTON | BOTTA | 722 KNOLLWOOD | | WINSTON | 27103 | CHEMIN DES HUTINS 69 | | | 1232 SUISSE |
| BN605612 | Forsyth | JACOB | BOTTA | 722 KNOLLWOOD STREET | | WINSTON SALEM | 27103 | CHEMIN DES HUTINS 69 | CONFIGON | | 1232 SWITZERLAND |
| BN596395 | Forsyth | AKIM | JEAN-LOUIS | 709 HUDSON STREET | | WINSTON-SALEM | 27105 | 6 RUE PAUL JOZON | | FONTAINEBLEAU / 77300 | FRANCE |
| BN544682 | Forsyth | ALLISON | LEGRAND | 3652 WINDING CREEK WAY | | WINSTON SALEM | 27106 | LINNEBERG CHARLOTTENBORG 1 | | BOXHOLM 59575 | SWEDEN |
| BN602140 | Forsyth | COLIN | LEGRAND | 3652 WINDING CREEK WAY | | WINSTON SALEM | 27106 | LINNEBERG CHARLOTTENBORG | | BOXHOLM 59575 | SWEDEN |
| BN602531 | Forsyth | VIVIAN | MILLER | 495 PINE FOREST DRIVE | | KERNERSVILLE | 27248 | 337 TIVERTON ROAD, SELLY OAK, BIRMINGHAM | | B29 6DA | UNITED KINGDOM |
| BN605929 | Forsyth | BATYA | SIEGEL | 705 GLEN ECHO TRAIL | | WINSTON SALEM | 27106 | 777 MOUNT ARNON | | ITAMAR | ISRAEL |

| NCID | NcCounty | firstName | lastName | resAddr1 | resAddr2 | resCity | resZip | ovrResAddr1 | ovrResAddr2 | ovrResAddr3 | ovrResCountry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BN605949 | Forsyth | NOAH | SIEGEL | 705 GLEN ECHO TRAIL | | WINSTON SALEM | 27106 | 25 BRODEZKY STREET | | 6 | 69051 ISRAEL |
| BN606516 | Forsyth | CHAVIVA | STEGEL | 705 GLEN ECHO TRAIL | | WINSTON SALEM | 27106 | HASHOFAR 22 MAALE ADUMIM | | MAALE ADUMIM | ISRAEL |
| BN548325 | Forsyth | TAMSIN | STROESSENREUTHER | 2648 CLUB PARK RD (MOTHERS LAST ADDRESS) | | WINSTON-SALEM | 27104 | BURGERSTRASSE 10 | | KRONBERG IM TAUNUS | GERMANY |
| BN598973 | Forsyth | ELLY | STROESSENREUTHER | 2648 CLUB PARK RD (MOMS LAST US ADDRESS) | | WINSTON-SALEM | 27104 | BURGERSTRASSE 10 | | 61476 KRONBERG IM TAUNUS | GERMANY |
| BN600663 | Forsyth | GREGORY | YANDLE | 2370 LYNDHURST AVENUE | | WINSTON-SALEM | 27103 | 27 WILSONVIEW AVE | | GUELPH / N1G 2W5 | CANADA |
| BR238807 | Gaston | ALEXANDRE | CAMBO | 112 DORIE DRIVE | | BELMONT | 28012 | 20 AVENUE EDOUARD BELIN | | RUEIL MALMAISON 92500 | FRANCE |
| BY761028 | Guilford | MICHELLE | CARRILLO-CORUJO | 912 SPRING GARDEN ST | | GREENSBORO | 27403 | VOLKSPLEIN 71 E42 | | 6214 AN | NETHERLANDS |
| BY823373 | Guilford | EMMA | CUTBILL | 3612B WILDFLOWER DRIVE | | GREENSBORO | 27410 | FLAT B, 61 THE AVENUE | BECKENHAM | BR3 5FL | UNITED KINGDOM |
| BY487558 | Guilford | VIDYARANYA | GARGEYA | 18 MIDDLEFIELD COURT | | GREENSBORO | 27455 | FLAT NUMBER 102, NAIMISAM, PLOT # 22 | SRINAGAR COLONY | HYDERABAD 500073 | INDIA |
| BY832847 | Guilford | MATHILDE | GARRETT | 4806 BROMPTON DRIVE | | GREENSBORO | 27407 | 2 SQUARE ROLAND GARROS | | 35000 RENNES | FRANCE |
| BY710001 | Guilford | RICHARD | HOPKINS | 8076 OLD REIDSVILLE ROAD | | BROWNS SUMMIT | 27214 | FASANENWEG 11 | ROTENBURG | | 27356 GERMANY |
| BY828989 | Guilford | ALEXANDER | JOHNSSON | 7228 RACINE ROAD | | PLEASANT GARDEN | 27313 | STORGATAN 24E LGH 1201 | | NYBRO 38230 | SWEDEN |
| BY824013 | Guilford | JOSEPHINE | MAYER | 6197 OAK NUT DRIVE | | PLEASANT GARDEN | 27313 | BERGSTR. 18 | | 75210 KELTERN | GERMANY |
| BY824016 | Guilford | FRANCISKA | MAYER | 6197 OAK NUT DRIVE | | PLEASANT GARDEN | 27313 | BERGSTR. 18 | | 75210 KELTERN | GERMANY |
| BY824017 | Guilford | REBECCA | MAYER | 6197 OAK NUT DRIVE | | PLEASANT GARDEN | 27313 | BERGSTR. 18 | | 75210 KELTERN | GERMANY |
| BY742881 | Guilford | ISABELLA | ROEDL | 1 GREENBROOK CT | | GREENSBORO | 27408 | RICHELSTR. 14 | | | 80634 GERMANY |
| BY815445 | Guilford | PETER | SABA | 2936 GLEN ECHO LN | | HIGH POINT | 27265 | 5B HAZELWOOD CLOSE | GREATER LONDON | W5 3JN | UNITED KINGDOM |
| BY678634 | Guilford | BENJAMIN | SKORUPA | 1013 A TUSCALOOSA ST | | GREENSBORO | 27406 | STOCKUMER STR. 5B | BERLIN | | 13507 DEUTSCHLAND |
| BY823827 | Guilford | RAMON | SMITH | 3824 BEVERLY HILLS DR | | HIGH POINT | 27265 | OSTPREUSSENDAMM 100A | | BERLIN / 12207 | GERMANY |
| BY745671 | Guilford | PAULINE | THOMPSON | 23 ELM RIDGE LANE | | GREENSBORO | 27408 | KUGLMÜLLERSTR. 19B | | MUNICH / 80638 | GERMANY |
| BY746568 | Guilford | EMMA | THOMPSON | 23 ELM RIDGE LANE | | GREENSBORO | 27408 | KUGLMÜLLERSTRASSE 19B | | MUNICH/80638 | GERMANY |
| BZ78339 | Halifax | KOLLIN | FREISE | WAGNER STR 40 | | LITTLETON | 27850 | RIEDESELSTRASSE 43 B | | | 64283 DEUTSCHLAND |
| BE195427 | Harnett | DERRICK | RAPHAEL | 200 VALLEY PINES CIRCLE | | SPRING LAKE | 28390 | 20 ELSINORE STREET | | L7A 1Z7 | CANADA |
| CC115299 | Henderson | HOLLY | ARROWOOD | 3784 SPARTANBURG HWY | | FLAT ROCK | 28731 | 11 GILMOUR HILL ROAD, 202 LEEUKOP | 202 LEEUKOP | | 8001 SOUTH AFRICA |
| CC177170 | Henderson | JOHN | CASE | 405 DEEP GAP ROAD | | FLAT ROCK | 28731 | 43 PHILPOTT STREET | MARRICKVILLE | | 2204 AUSTRALIA |
| CC177421 | Henderson | VIGGO | HOLM | 5, NORTH ANVIL AVENUE | | HENDERSONVILLE, NC | 28792 | FLENSVÄGEN 22 | | | 12541 SWEDEN |
| CC158598 | Henderson | MICAELA | MCGRADY | 78 CROSSBILL LANE | # 2 | HENDERSONVILLE | 28792 | AM ROSENHUEGEL 59 | | | 3500 AUSTRIA |
| CC46362 | Henderson | JEAN-LOUIS | MONDON | 89 LADIES MANTLE CT | # #4 | HENDERSONVILLE | 28792 | RUA 9 DE JULHO 1147 | INDAIATUBA SP | 13330-100 | BRASIL |
| CC128434 | Henderson | JESSICA | SMITH | 28 CROSSBILL LANE | # 2 | HENDERSONVILLE | 28792 | 177 OXFORD STREET | | 58 | 6007 AUSTRALIA |
| CC177689 | Henderson | ELLIOTT | VARTANIAN | 69 DOVE HAVEN LANE | | HENDERSONVILLE | 28791 | 18 RUE DE SEVRES | | | 92150 FRANCE |
| CG198347 | Iredell | NICHOLAS | FOY | 201 KEATS RD | | MOORESVILLE | 28117 | CALLE DE EZEQUIEL SOLANA 75, 3D | | MADRID, 28017 | `SPAIN |
| CG198349 | Iredell | MATTHEW | FOY | 201 KEATS RD | | MOORESVILLE | 28117 | PEDRO AGOTE 1384 | | | 1428 ARGENTINA |
| CG166395 | Iredell | ALVIN | HARBERTS | 437 WALNUT STREET | | STATESVILLE | 28677 | 128 RUE CARDINET | | | 75017 FRANCE |
| CG193430 | Iredell | LAURA | HARBERTS | 437 WALNUT STREET | | STATESVILLE | 28678 | 4 ALLÉE LOUIS BONNIER | | | 92130 FRANCE |
| CG230423 | Iredell | GWENIVERE | HOFFMAN | 139 GETGOOD LN | | STATESVILLE | 28625 | 21 MELTBRINK RD CROYDON | | CROYDON 1619 | SOUTH AFRICA |
| CG227603 | Iredell | NATHAN | SORIN | 581 GREENWAY DRIVE | | STATESVILLE | 28677 | 10 RUE DE LANGEAC | | PARIS / 75015 | FRANCE |
| CG227267 | Iredell | TATE | SPURLING | 105 STRAWPOCKET LANE | | MOORESVILLE | 28117 | WATTS BARN DODINGTON ASH | CHIPPING SODBURY | BRISTOL BS37 6RU | UK |
| CH68229 | Jackson | JOSIAH | YOUNG | PO BOX 10 | | WEBSTER | 28788 | ISDE-AMERICAN UNIVERSITY | CALLE SERRANO 208 | 28002 MADRID | SPAIN |
| CJ240581 | Johnston | ELLA | TRAPP | 28 CASSIDY COURT | | CLAYTON | 27520 | AM BUNKER 22 | | | 49809 GERMANY |
| CL75821 | Lee | ELI | LAYNE | 211 PHIL JOHNSON ROAD | | SANFORD | 27330 | 45 CAROLINE ST N | | 202 N2L2Y6 | CA |
| CM84822 | Lenoir | MARC | BRUNET | 1202 SWEET BRIAR CIRCLE | | KINSTON | 28501 | 22 AVENUE SECRÉTAN | | PARIS 75019 | FRANCE |
| BB73414 | Lincoln | BRANDON | JUHAISH | 3033 BURNELLO CT | | IRON STATION | 28080 | 1412 BIRCH ST. | | | 28081 UNITED STATES |
| CN86308 | Lincoln | INES | KLINESMITH | 5699 REEPSVILLE ROAD | | VALE | 28168 | 3 GAYWOOD WALK | | WORTHING BN13 2SE | UK |
| CN88583 | Lincoln | JOANA | KLINESMITH | 6345 DIXIE LANE, VALE | | VALE | 28168 | PRAÇA CAMILO CASTELO BRANCO N9, CV/DTA | ALMADA | 2805-007 | PORTUGAL |
| CN112898 | Lincoln | EMMA | OLSSON | 1774 KNIGHTS DRIVE | | DENVER | 28037 | KOLMILESTIGEN 9B | | KARLSTAD 65457 | SWEDEN |
| CR32836 | Madison | SADHBH | HEBERT | 145 WOODLAND DRIVE | | MARS HILL | 28754 | 54 BALLINTEER DRIVE | DUBLIN | D16 K642 | IRELAND |
| CR32837 | Madison | ROISIN | HEBERT | 145 WOODLAND DRIVE | | MARS HILL | 28754 | 54 BALLINTEER DRIVE | BALLINTEER | D16 K642 | IRELAND |
| CW1155066 | Mecklenburg | CLARA | ADAMIAN | 6736 WHEELER DR | | CHARLOTTE | 28211 | 255 GLADSTONE AVENUE | | TORONTO/M6J3L7 | CANADA |
| CW1526303 | Mecklenburg | MATS | BRAATEN | 1317-H CORTON DR | | CHARLOTTE | 28235 | 320 PACIFIC AVE | | TORONTO, ON, M6P2P9 | CANADA |
| CW1535894 | Mecklenburg | NINA | BRASWELL | 1234 EAST WORTHINGTON AVENUE | | CHARLOTTE | 28203 | 3 CHURCH GATE | WICKLOW TOWN | A67F850 | IRELAND |
| CW1443035 | Mecklenburg | CAMDEN | BRUNN | 5857 MOOSE LN | | CHARLOTTE | 28269 | HANS-THOMA-STRASSE 3 | | 45147 ESSEN | GERMANY |
| CW1443035 | Mecklenburg | CAMDEN | BRUNN | MOOSE LN | # 5857 | CHARLOTTE | 28269 | JAEGERSTRASSE 25 | | 5.291 ESSEN 45127 | GERMANY |
| CW1356489 | Mecklenburg | PATRIXIA | CASTILLO | 10100 SUMMER HOUSE | | CHARLOTTE | 28210 | LOT 6 BLOCK 5 ROSA STREET BATASAN HILLS | QUEZON CITY | | 1119 BARANGAY BAGONG SILANGAN |
| CW1549775 | Mecklenburg | JOHN | DAVIES | 942 CHEROKEE ROAD | | CHARLOTTE | 28207 | ST. HILDAS COLLEGE | COWLEY PLACE | OX4 1DY | UNITED KINGDOM |
| CW1550361 | Mecklenburg | LAURENS | HENDRIKX | REXFORD RD C | # 2231 | CHARLOTTE | 28211 | HAVENSTRAAT 50 | | 5611VG | NETHERLANDS |
| CW1239668 | Mecklenburg | PATRICK | HESSINGER | 17505 CAPTAIN ARDREY ROAD | | CHARLOTTE | 28277 | MEISTERSINGERSTR. 152 | | 81927 MUNICH | GERMANY |
| CW1563635 | Mecklenburg | KYJANA | HUNT | 501 S BRUNS AVE CHARLOTTE | | CHARLOTTE | 28208 | RUE DE LA GROSSE COTTE 200 | | QUAREGNON 7390 | BELGIUM |
| CW1352859 | Mecklenburg | CIARA | JACK | 7125 PROVIDENCE SQUARE DRIVE | # 265 | CHARLOTTE | 28270 | 75 INGRAM COURT | | NORWICH NR1 2HQ | UNITED KINGDOM |
| CW1153910 | Mecklenburg | ISSAM | JAMALEDDINE | 1819 HEDGELAWN DR | | CHARLOTTE | 28262 | SC PRINT PACK PROD SRL | BULEVARDUL METALURGIEI 152, BUC | | 41837 ROMANIA |
| CW1550391 | Mecklenburg | REUVEN | KAPILOFF | BENTLEY OAKS LANE | | CHARLOTTE | 28270 | HASHLOSHA 5/2 BEIT SHEMESH | | 9931400 ISRAEL | |
| CW1564216 | Mecklenburg | SHMUEL | KAPILOFF | 245 BENTLEY OAKS LN | | CHARLOTTE | 28270 | NACHAL AYALON 17/3 | | 9964415 ISRAEL | |
| CW1565586 | Mecklenburg | RACHEL | KIRSCHENBAUM | 245 BENTLEY OAKS LN | | CHARLOTTE | 28270 | 34 MOSHE DAYAN RD | | TEL AVIV 6765350 | ISRAEL |
| CW1534577 | Mecklenburg | SAMUEL | MCCHESNEY | 901 QUEENS ROAD | | CHARLOTTE | 28207 | 134 OAKWOOD COURT | | LONDON W148JS | UNITED KINGDOM |
| CW1341010 | Mecklenburg | ERIC | MEGER | 10000 BRASS EAGLE | | CHARLOTTE | 28210 | 264 LIONS COURT | | WATERLOO/N2L6M8 | CANADA |
| CW1113752 | Mecklenburg | STELLA | MILLWOOD | 6254 OLD PINEVILLE RD | # F | CHARLOTTE | 28217 | TÄMNARVÄGEN 10 | APT 1126 | | 12053 SWEDEN |
| CW1533131 | Mecklenburg | ALEXANDRA | MURPHY | 2138 CUMBERLAND AVENUE | | CHARLOTTE | 28203 | KÄMNARSVÄGEN 37F | 1107 | | 22646 SWEDEN |
| CW1333652 | Mecklenburg | ELISA | NICHOLSON | 5100 SHARON ROAD | # 124B | CHARLOTTE | 28210 | ODASTR. 8 | | 37581 BAD GANDERSHEIM | GERMANY |
| CW1534970 | Mecklenburg | JAKOB | OLTMANNS | 4028 BANNOCKBURN PLACE | # I | CHARLOTTE | 28211 | SCHWALBACHER STRASSE 10 | | 12161 BERLIN | GERMANY |
| CW1143852 | Mecklenburg | ISABELLE | REDFERN | 6018 MCBRIDE ST | | CHARLOTTE | 28215 | NAUNYNSTR. 53 | | | 10999 DEUTSCHLAND |
| CW1446844 | Mecklenburg | CHARLOTTE | RITZMANN | 4850 DRAKESTONE COURT | | CHARLOTTE | 28226 | HANS WEINZIERL STR. 6 | | | 97422 GERMANY |
| CW1446846 | Mecklenburg | ANNA | RITZMANN | 4850 DRAKESTONE COURT | | .CHARLOTTE | 28226 | HANS WEINZIERL STR. 6 | | | 97422 GERMANY |
| CW854050 | Mecklenburg | MANUEL | ROTHE | 2699 IDLEWOOD CIRCLE | | CHARLOTTE | 28209 | BACHTELSTRASSE 52 | | | 8400 SWITZERLAND |
| CW1564217 | Mecklenburg | CHAIM | SOLOMON | 4504 SWING LANE | | CHARLOTTE | 28226 | RAKEFET 87 | | TELEM 9040900 | ISRAEL |

| NCID | NcCounty | firstName | lastName | resAddr1 | resAddr2 | resCity | resZip | ovrResAddr1 | ovrResAddr2 | ovrResAddr3 | ovrResCountry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CW1564523 | Mecklenburg | YEDIDYA | SOLOMON | 4504 SWING LANE | | CHARLOTTE | 28226 | KAF CHESVAN 26 | APT 16 | 9063100 | ISRAEL |
| CZ103122 | Moore | CHRISTOPHER | GLOGER | 1600 MORGANTON RD | | PINEHURST | 28374 | JACOBSOHNSTR. 18 | | 13086 BERLIN | GERMANY |
| CZ103122 | Moore | CHRISTOPHER | GLOGER | 1600 MORGANTON RD | | PINEHURST | 28374 | JACOBSOHNSTRASSE 18 | | 13086 | DEUTSCHLAND |
| CZ75962 | Moore | EMMA | HOWARD | 105 BAYSTONE COURT | | SOUTHERN PINES | 28387 | 1/2 CRESWELL ROAD | | BITTERN VICTORIA / 3918 | AUSTRALIA |
| CZ138242 | Moore | PHILIP | JACKSON | 430 E BOSTON AVE | | PINEBLUFF | 28373 | LINZER STRASSE 99 | | 70469 STUTTGART | GERMANY |
| CZ135038 | Moore | MAXIMILIAN | KADARAUCH | 123 W CHELSEA CT, SOUTHERN PINES | | SOUTHERN PINES | 28387 | PEMBROKE COLLEGE | TRUMPINGTON STREET, CAMBRIDGE | CB2 1RF | UNITED KINGDOM |
| CZ135040 | Moore | KASPAR | KADARAUCH | 123 WEST CHELSEA COURT | | SOUTHERN PINES | 28387 | 19 ST MARGARET'S ROAD | | OXFORD | OXFORDSHIRE |
| CZ135077 | Moore | ALEXANDRA | KADARAUCH | 123 WEST CHELSEA COURT | | SOUTHERN PINES | 28387 | 19 ST MARGARET'S | | OX2 6RX | UNITED KINGDOM |
| CZ119824 | Moore | ISABELLA | RUSSELL | 155 N VALLEY ROAD | | SOUTHERN PINES | 28387 | 1402A/21 PENTRIDGE BOULEVARD | COBURG, VICTORIA | 3058 | AUSTRALIA |
| DA140808 | Nash | CÉCILE | BITTAR | 2220 GOOSE BR DR | | ROCKY MOUNT | 278049160 | FRIBOURG, AVENUE JEAN GAMBACH, 26 | | 1700 | SWITZERLAND |
| DB292350 | New Hanover | LOGAN | CAMERON | 2602 MIMOSA PLACE | | WILMINGTON | 28403 | 3851 RUE SAINT DENIS | | MONTREAL / H2W 2M4 | CANADA |
| BR171118 | New Hanover | JOSEPH | DIFINI | 257 PALM GROVE DR | | WILMINGTON | 28411 | EL CEIBO | | SAN VITO | COSTA RICA |
| EH488684 | New Hanover | MATTHEW | HAMILTON | 2121 WHISKEY BRANCH DRIVE | | WILMINGTON | 28409 | 5A DELMA STREET | | 3165 | AUSTRALIA |
| DB363369 | New Hanover | SAYLOR | MCPHERSON | 1728 SIGNATURE PLACE | | WILMINGTON | 28405 | 1123 WEST 12TH AVE | | 1018 VANCOUVER/V6H3Z3 | CANADA |
| DB287202 | New Hanover | ANJA | PAESSLER | 626 PINE VALLEY DRIVE | | WILMINGTON | 28412 | FICHTESTR. 12 | | 71032 BOEBLINGEN | GERMANY |
| DB368831 | New Hanover | GABRIEL | PALAY | 4200 STRATTON VILLAGE LANE | | WILMINGTON | 28409 | GIDON STREET 2, APT. 1 | C/O BERKLEY | 9350602 ISRAEL | |
| DB363941 | New Hanover | CHRISTINE | POULOT | 1111 1/2 SOUTH 2ND SRTEET | | WILMINGTON | 28401 | 13 CHEMIN DES ÉGLANTIERS | 28230 DROUE-SUR-DROUETTE | 28230 | FRANCE |
| DB332660 | New Hanover | DIMITRIOS | PSEMMAS | 514 MACON CT | | WILMINGTON | 28412 | PARODOS 1 APOSTOLIDI 39 | | IERISSOS/63075 | GREECE |
| DD262968 | Onslow | REGAN | ANDERSON | 126 BRENDA DRIVE | | JACKSONVILLE | 28546 | 2140 DOLPHIN CRESCENT | | V2T3T1 | CANADA |
| DD224265 | Onslow | CAMERON | AVILA | 321 PEPPERTREE COURT | | JACKSONVILLE | 28540 | 61D 9TH AVE | | 32579 | UNITED STATES |
| EM121765 | Onslow | JACOB | SUGG | 811 DYNASTY DR | | JACKSONVILLE | 28546 | 1465 C ST | UNIT 3402 | 92101 | UNITED STATES |
| DE361514 | Orange | CAROLINE | AMIS | 128 MILTON AVENUE | | CHAPEL HILL | 27514 | MARIA LUIKO STRASSE 45 | | 80636 | GERMANY |
| DE361515 | Orange | CHARLOTTE | AMIS | 128 MILTON AVENUE | | CHAPEL HILL | 27514 | 6 RUE LOUIS NÉEL | | 13013 | FRANCE |
| DE333337 | Orange | AMELIA | CARDWELL | 2544 BOOKER CREEK RD | | CHAPEL HILL | 27514 | HAUKILAHDENKUJA 15 A 30 | | HELSINKI, 00580 | FINLAND |
| DE341793 | Orange | DAVID | EBERHARD | 215G HILLSBOROUGH RD | | CARRBORO | 27510 | VIA DONATELLO 13 | TREZZANO SUL NAVIGLIO, MILAN | 20090 | ITALY |
| DE362209 | Orange | CIARA | FOLEY | 700 BOLLINWOOD DRIVE | # 18d | CHAPEL HILL | 27514 | WESTENDSTRASSE 36 | | MUNICH/ 80339 | GERMANY |
| DE362191 | Orange | ELIAS | GOULD | 205 CARR STREET | | CHAPEL HILL | 27516 | RUDOLFINKUJA 9 | APT 1 | 840 | FINLAND |
| DE321827 | Orange | AILSA | HEMMING | BROAD STREET | # 200B | CARRBORO | 27510 | 570 GROVEHILL ROAD | | QUALICUM BEACH V9K 2A3 | CANADA |
| DE333275 | Orange | FELIX | HEMMING | 200 BROAD STREET | # B | CARRBORO | 27510 | 189 KEEFER STREET | | 612 VANCOUVER V6A 0C8 | CANADA |
| DE331242 | Orange | DAVID | HUMPHREYS | 111 TOWNE RIDGE LANE | | CHAPEL HILL | 27516 | FIRST FLOOR FLAT | 125 GROSVENOR AVENUE | N5 2NL | UNITED KINGDOM |
| DE331242 | Orange | DAVID | HUMPHREYS | 111 TOWNE RIDGE LANE | # 125 Gro | CHAPEL HILL | 27516 | FIRST FLOOR FLAT | 125 GROSVENOR AVENUE | N5 2NL | UNITED KINGDOM |
| DE357427 | Orange | NATHANIEL | JONES | 234 MCCAULEY STREET | | CHAPEL HILL | 27514 | UNIT 25 | 27 WARATAH CRES, NSW | MACQUARIE FIELDS 2564 | AUSTRALIA |
| DE357613 | Orange | HEIDI | JONES | 234 MCCAULEY STREET | | CHAPEL HILL | 27514 | UNIT 25 | 27 WARATAH CRES NSW | 2564 | AUSTRALIA |
| DE304405 | Orange | HAYLEIGH | KAEMPFER | 106 KENAN ST | | CHAPEL HILL | 27516 | ALBISRIEDERSTRASSE, 369 | | 8047 | SWITZERLAND |
| DE348167 | Orange | AXEL | KOCH | 205 WEST POPLAR AVE G | | CARRBORO | 27510 | PRÄSTKRAGEVÄGEN 9 | | TYGELSJÖ 21873 | SVERIGE |
| DE356203 | Orange | JULIAN | LYNCH | 109 SHADOWOOD DR | # D | CHAPEL HILL | 27514 | 206 WESTGARTH ST | | 3070 | AUSTRALIA |
| DE356344 | Orange | NEIL | MCWILLIAM | 710 MARTIN LUTHER KING JR BOULEVARD | # 14 | CHAPEL HILL | 27514 | 32 RUE DE L'ECHIQUIER | | 75010 | FRANCE |
| DE362630 | Orange | ELIZABETH | O'SHEA | 205 WEST POPLAR AVE APT-E | # E | CARRBORO | 27510 | 8 MONASTERY RD | ENNISKERRY, WICKLOW | A98 CK00 | IRELAND |
| DE309197 | Orange | CAROLYN | PALMER | 1612 SMITH LEVEL ROAD | | CHAPEL HILL | 27516 | 24 BULLEN CLOSE | | CB1 8YU | UK |
| DE310593 | Orange | LAURA | PALMER | 1612 SMITH LEVEL ROAD | | CHAPEL HILL | 27516 | 24 BULLEN CLOSE | | CB1 8YU | UK |
| DE362566 | Orange | POLINA | PINAEVA | BRANSON STREET | | CHAPEL HILL | 27514 | MICHURINSKY PROSPECT 7/1 APT1 | | 119192 | RUSSIA |
| DE334885 | Orange | PHILIP | RUECKEIS | 5209 WALNUT COVE ROAD | | CHAPEL HILL | 27516 | STRASSE DES 18. OKTOBER 20 | 98 | 4103 | GERMANY |
| DE362696 | Orange | ELIANA | SABA | 104 MELVILLE LOOP | # 3 | CHAPEL HILL | 27514 | 72 51E AVENUE | | MONTREAL H8T 2W2 | CANADA |
| DE320136 | Orange | SIRI | SAETREN | 810 CHRISTOPER ROAD | | CHAPEL HILL | 27514 | SCHULTZ GATE 9 | | OSLO 0366 | NORWAY |
| DE361030 | Orange | FRANS | SALOMONSSONV | 205 WEST POPLAR AVE | # G | CARRBORO | 27510 | TUNAVÄGEN 39 E LGH 1305 | | LUND/22363 | SWEDEN |
| DE320314 | Orange | LISA | SHAFROTH | 304 GLENWOOD DRIVE | | CHAPEL HILL | 27514 | 1 TER RUE DE BEZIS | | 47000 | FRANCE |
| DE336960 | Orange | WILLIAM | SHAFROTH | 304 GLENWOOD DRIVE | | CHAPEL HILL | 27514 | 54 RUE SAINT-BLAISE | | 75020 | FRANCE |
| DE361511 | Orange | ADI | SHIOVITS | 215 WESTSIDE DRIVE | | CHAPEL HILL | 27516 | 15 YOTVAT ST. | TEL AVIV | 6806751 | ISRAEL |
| DE329681 | Orange | PAULINE | SMITH | 116 SPRING VALLEY RD | | CARRBORO | 27510 | 67, KENDAL HOUSE | COLLIER STREET | LONDON N1 9DF | UNITED KINGDOM |
| DE358720 | Orange | VICTORIA | SMITH | 116 SPRING VALLEY ROAD | | CARRBORO | 27510 | 25, RUE OTTAVIANI | | BRIGNOLES 83170 | FRANCE |
| DE358720 | Orange | VICTORIA | SMITH | 116 SPRING VALLEY ROAD | | CARRBORO | 27510 | 25 RUE LOUIS OTTAVIANI | | BRIGNOLES 83170 | FRANCE |
| DE358720 | Orange | VICTORIA | SMITH | 116 SPRING VALLEY ROAD | | CARRBORO | 27510 | 25 RUE LOUIS OTTAVIANI | | 83170 BRIGNOLES | FRANCE |
| DE309625 | Orange | SIRI | SPENCE | 1513 E FRANKLIN ST | # 105 | CHAPEL HILL | 27514 | ACHALMSTR 75 | | BÖBLINGEN 71032 | GERMANY |
| DE335112 | Orange | PETER | SPENCE | 1513 E FRANKLIN ST | # 105 | CHAPEL HILL | 27514 | ACHALMSTR 75 | | BÖBLINGEN / 71032 | GERMANY |
| DE361512 | Orange | NADJA | STEMPER | 8107 KIT LANE | | CHAPEL HILL | 27516 | EICHSTRASSE 64 | | 8713 | SWITZERLAND |
| DE361684 | Orange | MURIEL | STEVENS | 248 SEMINOLE DRIVE | | CHAPEL HILL | 27514 | GLASOWER STRASSE 34 | | 12051 BERLIN | GERMANY |
| DE359708 | Orange | MARIE | VERUT | 809 SMITH LEVEL RD CHAPEL HILL | | CHAPEL HILL | 27516 | CALLE RAFAEL REBOLLAR 111 INT 202 | | 11850 | MEXICO CITY |
| DE360139 | Orange | LILY | WRIGHT | 100 ROCK HAVEN ROAD | | CARRBORO | 27510 | 1075 THE PARKWAY | | N6A 2W8 | CANADA |
| DH84285 | Pender | STELLA | GRADY | 105B EGRET LANDING CT | | SURF CITY | 28445 | CARRER DE LUIS ANTUNEZ 19 | 2O 1A | BARCELONA | SPAIN |
| DK52493 | Person | AALIYAH | DAY | 222 WESLEYAN HEIGHTS RD | | ROXBORO | 27573 | VORMBERGER STR. 45 | SINZHEIM | 76547 | GERMANY |
| DL310000 | Pitt | MARK | STANDISH | MOSS POINT LANE | # 427 | GREENVILLE | 27834 | JEEVES | HOOK END ROAD, BRENTFORD | CM15 0NR | UNITED KINGDOM |
| AG61646 | Pitt | JOSEY | WRIGHT | 7142 COUNTY HOME RD | | AYDEN | 28513 | 8 ALPHA ROAD | | CAMBRIDGE / CB4 3DG | UNITED KINGDOM |
| DN177429 | Randolph | JAMES | BAZEN | 3109 LOBLOLLY DR | | SOPHIA | 27350 | 409W THE FORGE | FORTH BANKS | NE1 3AJ | UNITED KINGDOM |
| DR149405 | Robeson | PAUL | WILKINSON | 822 W BROAD ST | | ST PAULS | 28384 | 55 GLENHOLME AVE | ONTARIO | TORONTO / M6H3A8 | CANADA |
| DW80647 | Rutherford | CIAN | LANGAN | 492 N WASHINGTON ST | | RUTHERFORDTON | 28139 | 7/42A BYRON STREET | FOOTSCRAY, MELBOURNE | 3011 | AUSTRALIA |
| DY51415 | Scotland | ETIENNE | HERBEAUX | 1603 SHERBROOKE | | LAURINBURG | 28352 | JACQUES VELTMANSTRAAT 14-3 | | 1065EH AMSTERDAM | THE NETHERLANDS |
| EC26464 | Swain | LAURA | KENNEDY | 13076 US 19 W | | BRYSON CITY | 28713 | BOYESGADE 11, 5TV | | 1622 | DANMARK |
| EF259902 | Union | AUSTYN | BLAMY | 5021 LYDGATE DR | | WAXHAW | 28173 | #8 SUNRISE BAY | | MARSH HARBOUR | BAHAMAS |
| EF285004 | Union | MEGHAN | O'DONOVAN | 6227 TOWNSEND LN | | WAXHAW | 28173 | 23 BUCKLEY'S MEADOWS | BLACKROCK, CORK | T12K0DA | IRELAND |
| EF247108 | Union | DIMITRA | ROBINSON | 324 E HOUSTON ST | | MONROE | 28112 | GRAF-VON-STAUFFENBERG-ALLEE 87 | | 60438 | GERMANY |
| EG67465 | Vance | JOSHUA | ENCKELL | 213 WOODTRAIL WAY | | HENDERSON | 27537 | JÄRNVÄGSGATAN 4A LGH 1405 | | 30249 | SWEDEN |
| EH1480309 | Wake | JOHNATHAN | ALLEN | 820 PAMLICO DRIVE | | CARY | 275113730 | CMR 480 BOX 2918 | APO AE | 9128 | US |
| EH1468678 | Wake | DANIEL | AUSTIN | 4228 SURREY RIDGE CIRCLE | | APEX | 27539 | 44 KIMBERLEY ROAD | PENYLAN | CF23 5DJ | UNITED KINGDOM |

| NCID | NcCounty | firstName | lastName | resAddr1 | resAddr2 | resCity | resZip | ovrResAddr1 | ovrResAddr2 | ovrResAddr3 | ovrResCountry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EH1497790 | Wake | LILY | AUSTIN | 4228 SURREY RIDGE CIRCLE | | APEX | 27539 | 36 BEATRICE AVENUE | PLYMOUTH | PL4 8QB | ENGLAND |
| EH1089559 | Wake | AYSE | BABAHAN | 206 COVINGTON SQUARE DR | | CARY | 27513 | 206 COVINGTON SQUARE DR | | | 27513 UNITED STATES |
| EH1489563 | Wake | MEHMET | BABAHAN | 206 COVING SQUARE DRIVE | | CARY | 27513 | 111 CARLTON STREET | 0702B | M5B 2G3 | CANADA |
| EH1314432 | Wake | JAMES | BARRETT | 2537 SUNNYBRANCH LANE | | APEX | 27523 | 56A DALE PARK AVENUE | CARSHALTON | SM5 2EP | UNITED KINGDOM |
| EH1502136 | Wake | MARC | BELOOUSSOV | 3724 CARNEGIE LANE | | RALEIGH | 27612 | 5 FRENCH TERRACE | HYDE VALE | SE10 8GU | UNITED KINGDOM |
| EH1313929 | Wake | MAX | BLEIFUSS | DAPPING DRIVE 10461 | | RALEIGH | 27614 | MOERS | | | 47447 GERMANY |
| EH1397859 | Wake | VICKI | BRENT | 6633 SPEIGHT CIR | | RALEIGH | 27616 | 10 CORPORATE ST. | | SY23 2BT | UNITED KINGDOM |
| EH1094648 | Wake | LUCAS | CATELLANI | 2205 NANCY ANN DR | | RALEIGH | 27607 | REGENSBERGSTRASSE 200 | | 8050, ZÜRICH | SWITZERLAND |
| EH1196977 | Wake | ANDREA | CATELLANI | 2205 NANCY ANN DR | | RALEIGH | 27607 | ZELGLISTRASSE 4 | | 8046 ZÜRICH | SWITZERLAND |
| EH1065023 | Wake | JUDE | DANIEL | 5505 BREAMORE CIRCLE | | RALEIGH | 27615 | 179 ST JAMES'S ROAD | LONDON | SE1 5BP | UNITED KINGDOM |
| EH940491 | Wake | KELLY | DONOVAN | 113 AVENT PINES LN | | HOLLY SPRINGS | 275408619 | NYU SHANGHAI, YANGSI WEST ROAD 567 | NET ID: KMD8433 | PUDONG, SHANGHAI / 200124 | CHINA |
| EH1502158 | Wake | SHMUEL | ELUTOVICH | 7304 HIHENGE CT | # 5 | RALEIGH | 27615 | 9 ABARBANEL | APT 3 | 9242509 | ISRAEL |
| EH1502184 | Wake | YITZCHAK | ELUTOVICH | 7304 HIHENGE CT APT 5 | | RALEIGH | 27615 | 9 ABARBANEL | APT 3 | 9242509 | ISRAEL |
| EH1494046 | Wake | CRUZ | ERDMANN | 432 WHITE MULBERRY LANE | | RALEIGH | 27540 | 42 RAVENWOOD DRIVE | FORREST HILL | | 620 NEW ZEALAND |
| EH1070774 | Wake | ANDREAS | GEIGER | 123 LONG SHADOW LN | | CARY | 27518 | HOPFNER-FELD 2 | | KIPFENBERG 85110 | GERMANY |
| EH1296143 | Wake | DEAN | HOBSON | 1400 RESERVOIR VIEW LANE | | WAKE FOREST | 27587 | C/O US EMBASSY PARAMARIBO CONSULAR SEC. | 3390 PARAMARIBO PLACE | DULLES, VA 20189 | USA |
| EH881785 | Wake | ERIC | HOFFMAN | 1221 HILL HOLLOW WAY | | APEX | 27523 | 2202 / 40 HALL STREET | | | 3039 AUSTRALIA |
| EH1477223 | Wake | HELENA | KLAPWIJK | 105 CHATHAM WALK LANE | | CARY | 27511 | ROZENPLEIN 17 | | WASSENAAR 2241XV | THE NETHERLANDS |
| EH1502690 | Wake | YISROEL | LEIBLER | 1009 PLATEAU LANE | | RALEIGH | 27615 | NACAL NOAM 2 | | BET SHEMESH | ISRAEL |
| EH1297900 | Wake | LAURA | LONG | 5809A NOTOWAY DRIVE | | RALEIGH | 27609 | 6 THE COURTYARD | | HERTINGFORDBURY SG14 2SD | UK |
| EH1378272 | Wake | SOPHIE | MANKER | 101 GRANBY CT | | CARY | 27511 | 4870 RUE WEST BROADWAY | MONTREAL, QUEBEC | H4V1Z9 | CANADA |
| EH1326244 | Wake | GEORGE | MCCANN | 221 CYPRESS HILL LN | | HOLLY SPRINGS | 27540 | FOSSWINCKELS GATE 32A | | BERGEN (5008) | NORWAY |
| EH795349 | Wake | HENRIK | MOBERG | 416 KILLINGTON DR | | RALEIGH | 27609 | NYCOVEIEN 6 | | 0483 OSLO | NORWAY |
| EH1479231 | Wake | OWEN | MOORHEAD | 1844 TORRINGTON STREET | | RALEIGH | 27615 | 32 WHITNEY AVE | | TORONTO/ M4W 2A8 | CANADA |
| EH1483903 | Wake | NATHANAEL | PROVOST | 504 ROYAL OAK ROAD | | GARNER | 27529 | HASENGASSE 36 | MAINTAL | | 63477 GERMANY |
| EH1115533 | Wake | NICHOLAS | REED | 200 SUMMERWINDS DRIVE | | CARY | 27518 | FLAT 5, 114 CRYSTAL PALACE PARK ROAD | | LONDON | UNITED KINGDOM |
| EH1115203 | Wake | CAROLINE | SCHMIDT | 13106 ASHFORD PARK DR | | RALEIGH | 27613 | BEETHOVENSTRASSE 24 | | FRANKFURT AM MAIN / 60325 | GERMANY |
| EH1282207 | Wake | CAROLINE | SMITH | 14228 WYNDFIELD CIRCLE | | RALEIGH | 27615 | TWAROCHGASSE 7 | | VIENNA / 1170 | AUSTRIA |
| EH1486269 | Wake | HOI WAN FLORA | SUN | 1000 HAYWARDS HEATH LANE | | APEX | 27502 | M JATUJAK, SOI PHAHON YOTHIN 18 | CHOMPHON SUBDISTRICT BUILDING | BANGKOK / 10900 | THAILAND |
| EH1503444 | Wake | VIRGILE | TELLIER | 3305 HORTON STREET | | RALEIGH | 27607 | 44-46 BOULEVARD DE MAGENTA | | PARIS / 75010 | FRANCE |
| EH1494102 | Wake | MATTHEW | VAN KEMPEN | 6311 BRANDYWINE RD | | RALEIGH | 27607 | ALAERTSLAAN 5 | | 5801DC VENRAY | NETHERLANDS |
| EH1500579 | Wake | JULIA | VELDHUIJZEN VAN ZANTEN | DIXIE TRAIL | # 1439 | RALEIGH | 27607 | JOHANN STRAUSSLAAN 24 | | WAALRE | THE NETHERLANDS |
| EH1497709 | Wake | CARMEN | VELDHUYZEN VAN ZANT | 1439 DIXIE TRAIL | | RALEIGH | 27607 | LIJSTERBES 5 | | 2318AH LEIDEN | NETHERLANDS |
| EH1317551 | Wake | CLAYTON | WARREN | 3101 AILEEN AVENUE | # I | RALEIGH | 27606 | 4-1245 BAYLY ST | | PICKERING / L1W 0B9 | CANADA |
| EH1077489 | Wake | NICOLA | WICHTEL | 3113 AILEEN DR | | RALEIGH | 27606 | 16 KIWI STREET | WHAKATANE | | 3120 NEW ZEALAND |
| BY232178 | Wake | DANIEL | WISTEHUFF | 5924 SUNCREEK CT | | RALEIGH | 27606 | 118 QUARTERDECK TOWNHOUSE | | NEW BERN, 28562 | CRAVEN |
| EH1281434 | Wake | IDO | ZOHAR | 2716 SNOWY MEANDOW CT | | RALEIGH | 27614 | 1 HITA ST. APT 36 | PARDES HANNA-KARKUR | 3750457 | ISRAEL |
| EJ31109 | Warren | RICHARD | SPINDLER | 203 HALIFAX ST | | WARRENTON | 27589 | ELSAESSER ST. 33 | MUNICH | | 81667 GERMANY |
| EL100111 | Watauga | SERGIO | CUTIVA VALENCIA | 138 BURRELL ST # 104 | # 104 | BOONE | 28607 | APARTMENT 109, 7 MASSHOUSE PLAZA | | B5 5JL | UNITED KINGDOM |
| EL103244 | Watauga | NECHAMA | DAMBECK | 125 MANOR RIDGE | | BOONE | 28607 | ARI BEMISTARIM 805/4 | | 9729000 | ISRAEL |
| EL103245 | Watauga | BENJAMIN | DAMBECK | MANOR RIDGE | # 125 | BOONE | 28607 | 50 HARAV YISRAEL GROSSMAN | | BEIT SHEMESH 9920125 | ISRAEL |
| EL103245 | Watauga | BENJAMIN | DAMBECK | 125 MANOR RIDGE | | BOONE | 28607 | 50 HARAV YISRAEL GROSSMAN | | BEIT SHEMESH/9220125 | ISRAEL |
| EL69542 | Watauga | YISROEL | DAMBECK | 125 MANOR RIDGE | | BOONE | 28607 | UZIEL ST. 97 | | JERUSALEM | ISRAEL |
| EL111464 | Watauga | CHAYA | FINKLE | MANOR RIDGE | # 125 | BOONE | 28607 | 50 HARAV YISRAEL GROSSMAN | | BEIT SHEMESH 9220125 | ISRAEL |
| EL111469 | Watauga | SHANNON | RICHARDSON | 1074 ALGONQUIN DR | | BOONE | 28607 | THERESIA-GERHARDINGER-STRASSE 4 | | | 85435 GERMANY |
| EP80435 | Wilson | ANNE | OSBORNE | 1213 WATSON DRIVE | | WILSON | 27893 | FLAT 7, CONSTANCE HOUSE | 85-87 CHURCHFIELD ROAD | W3 6AH | UNITED KINGDOM |
| EP90519 | Wilson | MARY | OSBORNE | 1107 LAKESIDE DRIVE | | WILSON | 27896 | 8A STARFIELD ROAD | | LONDON, W12 9SW | UNITED KINGDOM |
| EP79841 | Wilson | JENNIFER | WILLIAMS | 424 DALE STREET | | WILSON | 27893 | VIA CISTERNA 25 | | LATINA | ITALY |