# EXHIBIT I

| County | First Name | Last Name | Street Address | City | Zip Code |
|---|---|---|---|---|---|
| Alamance | Katherine | Kirk | 403 Circle Drive | Burlington | 27215 |
| Alamance | Maxwell | Petra | 133 Forest Drive | Graham | 27253 |
| Alleghany | Marco | Filippazzo | 999 Rash Road | Glade Valley | 28627 |
| Alleghany | Giulia | Filippazzo | 999 Rash Road | Glade Valley | 28627 |
| Alleghany | Alexandra | Toms | 405 Rhododendron Drive | Roaring Gap | 28668 |
| Burke | Emily | Jacumin | 211 Lovelady Road | Rutherford College | 28671 |
| Burke | Megan | Jacumin | 211 Lovelady Road | Rutherford College | 28671 |
| Burke | Sebastian | Vismara | 120 Ridgeside Terrace | Morganton | 28655 |
| Cabarrus | Christopher | Brassat | 61 Cabarrus Avenue E | Concord | 28025 |
| Cabarrus | Isabelle | Brassat | 61 Cabarrus Avenue E | Concord | 28025 |
| Cabarrus | Allison | Jones | 3700 Taylor Glen Lane NW | Concord | 28027 |
| Cabarrus | Spyros | Kotsakis | 8823 Savannah Road | Harrisburg | 28075 |
| Cabarrus | Charlotte | Venables | 20 Cove Creek Place SE | Concord | 28025 |
| Cabarrus | Emma | Venables | 20 Cove Creek Place SE | Concord | 28025 |
| Chatham | Erin | Campbell-Hooper | 4078 Woodleigh | Pittsboro | 27312 |
| Chatham | Davis Eloy | Kirkendall | 78003 Stokes | Chapel Hill | 27517 |
| Craven | Kianah | Beumier | 121 Luke Court #121 | New Bern | 28560 |
| Craven | George | Kavka | 311 State Road 1746 | Havelock | 28532 |
| Craven | Waynne | Zeigler | 35 Cherokee Drive | Havelock | 28532 |
| Davie | Susan | Brown | 535 Riverbend Drive | Advance | 27006 |
| Duplin | Nikolaos | Blalock | 425 E Westbrook Street | Wallace | 28466 |
| Durham | Jason | Attwood | 5108 Brookstone Drive | Durham | 27713 |
| Durham | Callum | Barr | 4004 Ellisfield Drive | Durham | 27705 |
| Durham | Noelle | Causton | 2402 Glendale Avenue | Durham | 27704 |
| Durham | Serena | Causton | 2402 Glendale Avenue | Durham | 27704 |
| Durham | Arianna | Citarelli | 116 W Seeman Street | Durham | 27701 |
| Durham | Chiara | Corbett | 8 Applewood Square | Durham | 27713 |
| Durham | William | Corbett | 8 Applewood Square | Durham | 27713 |
| Durham | Christopher | Darroch | 4427 Erwin Road | Durham | 27705 |
| Durham | Nicolas | De Leval Jezierski | 1101 Norwood Avenue | Durham | 27707 |
| Durham | Natacha | Drouhin | 3125 Stanford Drive | Durham | 27707 |
| Durham | Florian | Fallegger | 21 Gloucester Court | Durham | 27713 |
| Durham | Adele | Gadrat | 160 Solterra Way | Durham | 27705 |
| Durham | Eva | Gates | 5 Ingram Court | Durham | 27713 |
| Durham | Emilia | Goretzky | 311 S Lasalle Street #21A | Durham | 27705 |
| Durham | Camilla | Gregori | 1315 Morreene Road | Durham | 27705 |
| Durham | Eleni | Harlan | 3102 Oxford Drive | Durham | 27707 |
| Durham | Benjamin | Hopkinson | 1401 Maryland Avenue | Durham | 27705 |
| Durham | Theodoros | Hristopulos | 506 N Buchanan Boulevard #12 | Durham | 27701 |
| Durham | Anna | Hristopulos | 506 N Buchanan Boulevard #12 | Durham | 27701 |
| Durham | Zachary | Kaufman | 1802 W Lakewood Avenue | Durham | 27707 |
| Durham | Joshua | Knuiman | 2948 Friendship Road | Durham | 27705 |
| Durham | Zoe | Kraska | 522 Cedar Berry Lane | Chapel Hill | 27517 |

FPCA_FWAB Supplement

FPCA_FWAB Supplement

| County | First Name | Last Name | Street Address | City | Zip Code |
|---|---|---|---|---|---|
| Durham | Anne-Claire | Le Vaillant | 1915 Chapel Hill Road | Durham | 27707 |
| Durham | Isobel | Magrath | 419 Dunhill Drive | Durham | 27713 |
| Durham | Benjamin | Magrath | 419 Dunhill Drive | Durham | 27713 |
| Durham | Philip | Martell | 1106 W Knox Street | Durham | 27701 |
| Durham | Arthur Lev | Meniker | 1801 Williamsburg Road #38H | Durham | 27707 |
| Durham | Cathrin | Moersch | 1707 Carnation Drive | Durham | 27703 |
| Durham | Jasmine | Morrow | 2306 Elba Street | Durham | 27705 |
| Durham | Gabriel | Penn | 3204 Sherbon Drive | Durham | 27707 |
| Durham | Isaiah | Sable | 1203 Ruffin Street #F4 | Durham | 27701 |
| Durham | Jonah | Sable | 1203 Ruffin Street | Durham | 27701 |
| Durham | Michelle | Struckmeier | 30 Ridgeway Avenue #A | Durham | 27701 |
| Durham | Halley | Swift-Hill | 2419 Alpine Road | Durham | 27707 |
| Durham | Rheanna | Swift-Hill | 2419 Alpine Road | Durham | 27707 |
| Durham | Marisa | Swift-Hill | 2419 Alpine Road | Durham | 27707 |
| Durham | Isobel | Wood | 407 Snowcrest Trail | Durham | 27707 |
| Guilford | Matias | Brandhofer | 121 Beverly Place | Greensboro | 27403 |
| Guilford | Rose | Brandhofer | 121 Beverly Place | Greensboro | 27403 |
| Guilford | Gregory | Cutcher | 2416 Dellwood Drive | Greensboro | 27408 |
| Guilford | Erin | Davis | 3907 Dogwood Drive | Greensboro | 27410 |
| Guilford | Michael | Dennis | 3513 Sainsbury Lane | Greensboro | 27409 |
| Guilford | Katherine | Drake | 3513 Sainsbury Lane | Greensboro | 27409 |
| Guilford | Mitchell | Evans | 5314 Coveview Court | Greensboro | 27407 |
| Guilford | Cyric | Falvey | 2400 Tweedmore Court | High Point | 27265 |
| Guilford | Daniele | Giomini | 4826 Tower Road Unit B | Greensboro | 27410 |
| Guilford | Daniele | Giomini | 4826 Tower Road Unit B | Greensboro | 27410 |
| Guilford | Eckehart | Goeritz | Utah Place Apt 31C | Greensboro | 27405 |
| Guilford | Chris | Harshman | 320 S Mendenhall Street Apt B | Greensboro | 27403 |
| Guilford | Jaime | Harshman | 320 S Mendenhall Street Apt B | Greensboro | 27403 |
| Guilford | Tim | Harshman | 320 S Mendenhall Street Apt B | Greensboro | 27403 |
| Guilford | Rebecca | Hopkins | 8076 Old Reidsville Road | Browns Summit | 27214 |
| Guilford | Timothy | Hopkins | 8076 Old Reidsville Road | Browns Summit | 27214 |
| Guilford | Julian | Kea | 3808 Tutbury Drive | Jamestown | 27282 |
| Guilford | Sivan | Kfir | North Elam Avenue Apt #314 | Greensboro | 27403 |
| Guilford | Christopher | Lichtmannegger | 1320 Boundary Avenue | High Point | 27260 |
| Guilford | Katherina | Lichtmannegger | 1320 Boundary Avenue | High Point | 27260 |
| Guilford | Hans | Lofstad | 5253 Fox Hunt Drive | Greensboro | 27407 |
| Guilford | Alexandra | McEnhill | 2 Dana House #1 | Greensboro | 27410 |
| Guilford | Catherine | McEnhill | 2 Dana House #1 | Greensboro | 27410 |
| Guilford | Guy | Pnini | 714 Rollingwood Drive | Greensboro | 27410 |
| Guilford | Tal | Pnini | 714 Rollingwood Drive | Greensboro | 27410 |
| Guilford | Maayan | Raviv | 714 Rollingwood Drive | Greensboro | 27410 |
| Guilford | Isabella | Roedl | 1 Greenbrook Court | Greensboro | 27408 |
| Guilford | Peter | Saba | 2936 Glen Echo Court | High Point | 27265 |

| County | First Name | Last Name | Street Address | City | Zip Code |
|---|---|---|---|---|---|
| Guilford | Joshua | Smith | 1911 Swannanoa Drive | Greensboro | 27410 |
| Guilford | Joshua | Smith | 1911 Swannanoa Drive | Greensboro | 27410 |
| Guilford | Elisa | Taggert | 1775 Westchester Drive | High Point | 27262 |
| Guilford | Julia | Taggert | 1775 Westchester Drive | High Point | 27262 |
| Guilford | William | Thurber | 1200 Greenway Drive | High Point | 27262 |
| Guilford | Selma | Wagner | 818 Gaines Avenue | High Point | 27263 |
| Guilford | Amanda | Walzak Strang | 145 Hartley Drive | High Point | 27265 |
| Henderson | Barbara | Allen | 83 Greenwood Acres Drive | Mills River | 28759 |
| Henderson | Jeffrey | Allers | 302 Sycamore Drive | Flat Rock | 28731 |
| Henderson | Mary Suzanne | Allers | 302 Sycamore Drive | Flat Rock | 28731 |
| Henderson | Holly | Arrowood | 3784 Spartanburg Highway | Flat Rock | 28731 |
| Henderson | John | Case | 405 Deep Gap Road | Flat Rock | 28731 |
| Henderson | Sebastian | Güttler | 124 Snowy Egert Way | Hendersonville | 28792 |
| Henderson | Louise | Holm | 5 N Anvil Avenue | Hendersonville | 28792 |
| Henderson | Viggo | Holm | 5 N Anvil Avenue | Hendersonville | 28792 |
| Henderson | Micaela | McGrady | 78 Crossbill Lane | Hendersonville | 28792 |
| Henderson | Jean-Louis | Mondon | 89 Ladies Mantle Court | Hendersonville | 28792 |
| Henderson | Esther | Papoff | 704 Greenbriar Ovalway | Hendersonville | 27839 |
| Henderson | Karla | Pollini | 83 Greenwood Acres Drive | Mills River | 28759 |
| Henderson | Jessica | Smith | 28 Crossbill Lane | Hendersonville | 28792 |
| Henderson | Elliott | Vartanian | 69 Dove Haven Lane | Hendersonville | 28791 |
| Jackson | Gregory | Duffy | 133 Cart Path | Cullowhee | 28723 |
| Lee | Chelsea | Cowley | 2008 Eveton Lane | Sanford | 27330 |
| Lee | Isabella | Grundmann | 1210 Hermitage Road | Sanford | 27330 |
| Lee | Isabella | Grundmann | 1210 Hermitage Road | Sanford | 27330 |
| Lee | Sophia | Grundmann | 1210 Hermitage Road | Sanford | 27330 |
| Lenoir | David | Brunet | 1202 Sweetbriar Circle | Kinston | 28501 |
| Lenoir | Marion | Brunet | 1202 Sweetbriar Circle | Kinston | 28501 |
| Lenoir | Marc | Brunet | 1202 Sweetbriar Circle | Kinston | 28501 |
| Macon | Mietta | Habets | 480 Dean Falls Trail | Bryson City | 28713 |
| Macon | James | Habets | 480 Dean Falls Trail | Bryson City | 28713 |
| Macon | David | Weston | 436 High Brace Road | Franklin | 28734 |
| Macon | Theo | Weston | 436 High Brace Road | Franklin | 28734 |
| Madison | Sadhbh | Hebert | 145 Woodland Drive | Mars Hill | 28754 |
| Madison | Roisin | Hebert | 145 Woodland Drive | Mars Hill | 28754 |
| Montgomery | Jack | Reynolds | 221 E Main Street | Biscoe | 27209 |
| Pitt | Alexander | Chaudhry | 4048 MOBLEYS BRIDGE RD | GRIMESLAND | 27837 |
| Pitt | Tristan | Hachez | 3022 DARTMOUTH DR | GREENVILLE | 27858 |
| Pitt | Zoe | Hachez | 3022 DARTMOUTH DR | GREENVILLE | 27858 |
| Pitt | Corina | Hauk | 104 TERRACE CT | GREENVILLE | 27834 |
| Pitt | Shanice | Moore | 505 WATAUGA AVE | GREENVILLE | 27834 |
| Polk | Maya | Lehman | 2249 Silver Creek Road | Mill Spring | 28756 |
| Richmond | D Hermann | Pratt | 114 Gaston McLean Road | Rockingham | 28379 |

| County | First Name | Last Name | Street Address | City | Zip Code |
|---|---|---|---|---|---|
| Transylvania | Margaret | Cameron | 254 Maple Street | Brevard | 28712 |
| Union | Liam | Correll | 2813 Pulaski Drive | Monroe | 28110 |
| Union | Meghan | O'Donovan | 6227 Townsend Lane | Waxhaw | 28173 |
| Union | Alisha | Woodson | Willowcrest Drive Apt #2108 | Waxhaw | 28173 |
| Union | Marcel | Woodson | Willowcrest Drive Apt #2108 | Waxhaw | 28173 |
| Warren | Richard | Spindler | 203 Halifax Street | Warrenton | 27589 |
| Wayne | Nicolina | Anagnostatos | 606 West Steele Street | Mount Olive | 28365 |
| Wayne | Tessa | Mendez | 702 N Spence Avenue | Goldsboro | 27534 |
| Wilson | Jennifer | Williams | 424 Dale Street | Wilson | 27893 |