IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>　　　　　　　Defendants. | Case No. 5:24-cv-699-M-KS<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER**

　　Pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiff the North Carolina Democratic Party moves for a preliminary injunction and a temporary restraining order, enjoining defendants and all persons acting in concert with them from doing any of the following:

　(1) Carrying out any process by which voters must cure or otherwise verify ballots cast in the November 2024 election for Justice of the North Carolina Supreme Court;

　(2) Discarding or discounting any votes cast in that election; or

　(3) Certifying that election for Judge Jefferson Griffin.

　　Plaintiff respectfully requests that the Court waive the security requirement in Rule 65(c) of the Federal rules of Civil Procedure.

April 14, 2025                                    Respectfully submitted,

/s/ Shana L. Fulton

SETH P. WAXMAN*                                   SHANA L. FULTON
DANIEL S. VOLCHOK*                                N.C. Bar No. 27836
CHRISTOPHER E. BABBITT*                           WILLIAM A. ROBERTSON
JANE E. KESSNER*                                  N.C. Bar No. 53589
NITISHA BARONIA*                                  JAMES W. WHALEN
ANN E. HIMES*                                     N.C. Bar No. 58477
WILMER CUTLER PICKERING                           BROOKS, PIERCE, MCLENDON,
   HALE AND DORR LLP                             HUMPHREY & LEONARD, LLP
2100 Pennsylvania Avenue N.W.                     150 Fayetteville Street, Suite 1700
Washington, D.C. 20037                            Raleigh, N.C. 27601
Phone: (202) 663-6000                             Phone: (919) 839-0300
Fax: (202) 663-6363                               Fax: (919) 839-0304
seth.waxman@wilmerhale.com                        sfulton@brookspierce.com
daniel.volchok@wilmerhale.com                     wrobertson@brookspierce.com
christopher.babbitt@wilmerhale.com                jwhalen@brookspierce.com
jane.kessner@wilmerhale.com
nitisha.baronia@wilmerhale.com
annie.himes@wilmerhale.com

[*] Local Rule 83.1(e) special appearance

## CERTIFICATE OF SERVICE

On this 14th day of April, 2025, I electronically filed the foregoing document using the court's CM/ECF system.

/s/ Shana L. Fulton
Shana L. Fulton