IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>      Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>      Defendants. | Case No. 5:24-cv-699-M-KS |

## PROPOSED ORDER

Upon consideration of the North Carolina Democratic Party's motion for a temporary restraining order and preliminary injunction and all papers and arguments submitted in support and opposition thereto, the Court grants the motion. Defendants and all persons acting in concert with them are enjoined from doing any of the following pending further order of the Court:

(1) Carrying out any process by which voters must cure or otherwise verify ballots cast in the November 2024 election for Justice of the North Carolina Supreme Court;

(2) Discarding or discounting any votes cast in that election; or

(3) Certifying that election for Judge Jefferson Griffin.

The Court also WAIVES the security requirement in Rule 65(c) of the Federal rules of Civil Procedure.

SO ORDERED this ___ day of _____, 2025.

_____
RICHARD E. MYERS III
CHIEF UNITED STATES DISTRICT JUDGE