# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| North Carolina Democratic Party, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 5:24-cv-699-M-KS |
| North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, | |
| Defendants. | |

## INDEX OF EXHIBITS

| Exhibit | Document |
|:---:|---|
| 1 | Complaint, *Kivett v. NCSBE*, No. 24CV031557-910 (N.C. Sup. Ct. Oct. 2, 2024) |
| 2 | Order, *Kivett v. NCSBE*, No. 24CV031557-910 (N.C. Sup. Ct. Oct. 21, 2024) |
| 3 | Declaration of Catherine Lawson |
| 4 | Order, *Griffin v. NCSBE*, No. 5:24-cv-724, D.E. 50 (E.D.N.C. Jan. 6, 2025) |
| 5 | Order, *Griffin v. NCSBE*, No. 5:24-cv-731 D.E. 24 (E.D.N.C. Jan. 6, 2025) |

| 6 | *Griffin v. NCSBE*, No. 25-1018 (4th Cir. Feb. 4, 2025) |
|---|---|
| 7 | State Board's *England* Reservation, *Griffin v. NCSBE*, No. 24CV040619-910 (N.C. Wake Cnty. Sup. Ct. Feb. 6, 2025) |
| 8 | *Griffin v. NCSBE*, No. 320P24-3 (N.C. Apr. 11, 2025) |
| 9 | Affidavit of Phoebe Zerwick in *Griffin v. NCSBE*, Nos. 24CV040619-910; 24CV040620-910; 24CV040622-910 (N.C. Sup. Ct.) |
| 10 | State Board's Opposition to Petition for Judicial Review, *Griffin v. NCSBE*, No. 24CV040620-910 (Wake County Sup. Ct. Feb. 3, 2025) |
| 11 | N.C. General Assembly, Report of Joint Select Committee on Council of State Contested Elections (Aug. 9, 2005) |