# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00731-M

| | |
|---|---|
| JUDGE JEFFERSON GRIFFIN, | |
| Plaintiff, | ORDER |
| v. | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | |
| Defendant. | |

This matter comes before the court on Plaintiff Jefferson Griffin's motions for temporary restraining order [DE 1-5; DE 1-9; DE 1-13]. The court has reviewed the filings in this case and finds that the factual and legal subject matter of this action is substantially identical to that in *Jefferson Griffin v. North Carolina State Board of Elections, et al.*, Case No. 5:24-CV-00724-M. Having concluded in that case that abstention and remand under *Burford* and *Louisiana Power* is warranted, *see* Case No. 5:24-CV-00724-M, DE 50, the court finds that conclusion operates with equal force here. Accordingly, the court sua sponte remands this matter to the Superior Court for Wake County.

SO ORDERED this 6th day of January, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1