# EXHIBIT 9

EXHIBIT 26

| STATE OF NORTH CAROLINA<br><br>WAKE COUNTY | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION<br>24CV040619-910; 24CV040620-910;<br>24CV040622-910 |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff,*<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendants.* | AFFIDAVIT OF<br><br>PHOEBE ZERWICK |

I, Phoebe Zerwick, hereby declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. If called to testify before this Court, I would do so to the same effect.

2. I was born in New York City and am currently a resident of Winston Salem, North Carolina, in Forsyth County. I have lived at my current residence since around 2006.

3. I am 64 years old, a woman, and white.

4. I am a citizen of the United States.

5. I am not disqualified from voting due to felony conviction, and I otherwise meet the qualifications for eligibility to register to vote and vote in North Carolina.

6. I have been a registered voter in this state and in Forsyth County since at least 1988.

7. Voting is the most fundamental right we have. It is the bedrock of our democracy and a free society. Until recently, I held the basic assumption I could vote and have voted in almost every general election I was qualified for since I became registered. Lots of people have shed blood to defend this right, and I believe it is a duty of citizenship to vote.

8. I cast a ballot in the November 5, 2024, election by overseas ballot because I was teaching abroad in Venice, Italy, as the resident faculty member for a study abroad program with Wake Forest University. This was my first time voting using the overseas system, and I was grateful to be voting using an electronic system because the mail system is not always reliable in Italy and I learned paper ballots were going to be printed late in 2024.

9. About two weeks ago, I learned my vote was being challenged by reading The Assembly and learning that Judge Griffin was challenging overseas ballots, including in my county. I then looked online for the list of challenged voters and found my name. I was shocked to learn this because I understood that my ballot had been cast and accepted. I do not recall receiving a postcard or any other mailing about the election protest.

10. I am aware that my vote has been included on Judge Griffin's challenge list because I did not provide a copy of my photo ID with my absentee ballot. I did not do this because it was not required under the instructions I was provided to submit my overseas ballot. However, I have a North Carolina driver's license and a passport, both of which I believe to be qualifying photo ID under North Carolina law. If it had been required under the election rules, I could have easily provided a picture of either ID with my returned absentee ballot.

11. I was never offered an opportunity to fix any supposed problems with my absentee ballot, either before or after Election Day. If I had been notified of any such issue, I would have done whatever I could to make sure my ballot would count. I even would have gotten on a plane and flown home if necessary, this is how dedicated I am to ensuring my vote will count.

12. I am already furious and outraged about the fact that my ballot has been challenged. If my ballot is retroactively discarded under Judge Griffin's protest, I will feel stripped of my citizenship and completely betrayed.

I declare under penalty of perjury under the laws of North Carolina that the foregoing is true and correct.

Executed on ___Feb 3___, 2025.

_____
Phoebe Zerwick

# G.S. § 10B-43 NOTARIAL CERTIFICATE FOR AN OATH OR AFFIRMATION

Forsyth County, North Carolina

Signed and sworn to before me this day by Phoebe Zerwick.
*Name of principal*

Date: 02.03.25

(Official Seal)

_____
*Official Signature of Notary*

Hannah B. Gooding, Notary Public
*Notary's printed or typed name*

My commission expires: 05.26.27

**OPTIONAL**

This certificate is attached to a _____, signed by _____
*Title/Type of Document*                              *Name of Principal Signer(s)*

on _____, and includes _____ pages.
*Date*                        *# of pages*